DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET
BAKERSFIELD, CA 93301
TELEPHONE (661) 323-1400  FAX (661) 323-0132

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., by and through his guardian ad litem, ALICIA MOORE, and BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as the Successors in Interest of JAMES W. MOORE, Deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 1:05-cv-01115-AWI-TAG <br><br> **PETITION OF ALICIA MOORE TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR JAMES W. MOORE, JR.; ORDER THEREON** <br><br> [Fed. R. Civ. Pro. 17(c); Local Rule 17-202(a)] |

///
///
///
///

Moore, et al. v. County of Kern, et al.   Doc. 8

# PETITION

1. Petitioner, Alicia Moore, is the natural mother of the minor whose name and date of birth is set forth below:

    James W. Moore, Jr.,    10-15-92

2. Petitioner seeks to be appointed as the guardian ad litem for the above-named minor. Said minor has no general guardian and no previous petition for appointment of a guardian as litem for James W. Moore, Jr. has been filed in this matter.

3. The above-named minor has commenced this action for the wrongful death and civil rights violation of his natural father, James W. Moore. The civil rights violation occurred on or about August 15, 2005, in the County of Kern. As a result of said civil rights violation, James W. Moore died on or about August 21, 2005, in the County of Kern.

4. Petitioner's address is 4330 Fjord St., #E, Bakersfield, California. Petitioner is a responsible person and fully competent to act as the minor's guardian ad litem.

5. Petitioner is willing to act as guardian ad litem for the above-named minor, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves the court for an order appointing her as guardian ad litem for James W. Moore, Jr., for the purpose of bringing this action.

DATED: August 29th, 2005

                                RODRIGUEZ & ASSOCIATES

                                By: _____
                                DANIEL RODRIGUEZ
                                Attorney for Plaintiffs

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct. Executed this 29th day of August 2005 at Bakersfield,
3  California.

_____
ALICIA MOORE

## CONSENT TO ACT AS GUARDIAN AD LITEM

I, Alicia Moore, consent to act as guardian ad litem for James W. Moore, Jr., a minor, in above-entitled action.

DATED: August 29, 2002

_____
ALICIA MOORE

## ORDER

The court having considered the petition of Alicia Moore for the appointment of a guardian ad litem for James W. Moore, Jr., a minor, who is a Plaintiff in the above-entitled action, and good cause appearing,

IT IS HEREBY ORDERED that Alicia Moore be appointed guardian ad litem for James W. Moore, Jr. in this action.

IT IS SO ORDERED.

DATED: September 8, 2005

_____
U.S. [redacted] JUDGE
MAGISTRATE