DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET
BAKERSFIELD, CA 93301
TELEPHONE (661) 323-1400  FAX (661) 323-0132

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JAMES W. MOORE, JR., by and through
his guardian ad litem, ALICIA MOORE,
and BRYCE J. MOORE, by and through
his guardian ad litem, MICHELLE TRIPP,
individually and as the Successors in
Interest of JAMES W. MOORE, Deceased,

    Plaintiffs,

   vs.

COUNTY OF KERN, KERN COUNTY
SHERIFF'S DEPARTMENT, SHERIFF
MACK WIMBISH, and DOES 1 to 100,
inclusive,

    Defendants.

Case No. 1:05-cv-01115-AWI-TAG

**PETITION OF MICHELLE TRIPP TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR BRYCE J. MOORE; ORDER THEREON**

**[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(a)]**

Moore, et al. v. County of Kern, et al.                                    Doc. 9

///
///
///
///

## **PETITION**

1.    Petitioner, Michelle Tripp, is the natural mother of the minor whose name and date of birth is set forth below:

Bryce J. Moore,    1-2--04

2.    Petitioner seeks to be appointed as the guardian ad litem for the above-named minor. Said minor has no general guardian and no previous petition for appointment of a guardian as litem for Bryce J. Moore has been filed in this matter.

3.    The above-named minor has commenced this action for the wrongful death and civil rights violation of his natural father, James W. Moore. The civil rights violation occurred on or about August 15, 2005, in the County of Kern. As a result, James W. Moore died on or about August 21, 2005, in the County of Kern.

4.    Petitioner's address is 2719 1/2, Kentucky St., Bakersfield, CA. Petitioner is a responsible person and fully competent to act as the minor's guardian ad litem.

5.    Petitioner is willing to act as guardian ad litem for the above-named minor, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves the court for an order appointing her as guardian ad litem for Bryce J. Moore for the purpose of bringing this action.

DATED:  August 25, 2005                    RODRIGUEZ & ASSOCIATES

                                           By: _____
                                                DANIEL RODRIGUEZ
                                                Attorney for Plaintiffs

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _29_ day of August 2005 at Bakersfield, California.

_Michelle Tripp_
MICHELLE TRIPP

## CONSENT TO ACT AS GUARDIAN AD LITEM

I, Michelle Tripp, consent to act as guardian ad litem for Bryce J. Moore, a minor, in above-entitled action.

DATED: August _29_, 2002

_Michelle Tripp_
MICHELLE TRIPP

## ORDER

The court having considered the petition of Michelle Tripp for the appointment of a guardian ad litem for Bryce J. Moore, a minor, who is a Plaintiff in the above-entitled action, and good cause appearing,

IT IS HEREBY ORDERED that Michelle Tripp be appointed guardian ad litem for Bryce J. Moore in this action.

IT IS SO ORDERED.

DATED: September 8, 2005

_Theresa A. Haldner_
U. S. ▮▮▮▮▮▮▮ JUDGE
∧ MAGISTRATE