DAVID K. COHN, ESQ.
STATE BAR NO. 68768
CHAIN, YOUNGER, COHN & STILES
1430 Truxtun Avenue
Bakersfield, CA 93301
(661) 323-4000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., by and through his guardian ad litem, ALICIA MOORE, and BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as the Successors in Interest of JAMES W. MOORE, Deceased,,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:05 CV 1115 AWI TAG<br><br>SUBSTITUTION OF ATTORNEY |

Plaintiff, JAMES W. MOORE, JR., by and through his guardian ad litem, ALICIA MOORE, hereby substitutes David K. Cohn, Esq.

-1-

SUBSTITUTION OF ATTORNEY

of the Law Firm of Chain, Younger, Cohn & Stiles who is retained counsel, located at 1430 Truxtun Avenue, Suite 100, Bakersfield, California, 93301; Telephone number (661) 323-4000; Facsimile Number (661) 324-1352; State Bar Number 68768; as attorney of record in place and stead of Daniel Rodriguez, Esq.

Dated: November 5, 2005

ALICIA MOORE, guardian ad Litem for James Moore, Jr.

I consent to the above substitution.

Dated: November 9, 2005

DANIEL RODRIGUEZ, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-180.

Dated:  November 8 2005

DAVID K. COHN, Esq.

**ORDER**

IT IS SO ORDERED.

Dated:  November **30** 2005

United States District Judge
Magistrate

-2-

SUBSTITUTION OF ATTORNEY