David K. Cohn, Esq. (SBN 68768)
CHAIN, YOUNGER, COHN & STILES
1430 Truxtun Avenue, Suite 100
Bakersfield, CA  93301
(661) 323-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>    Plaintiff,<br>    vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SHERIFF MACK WIMBISH; DANIEL THOMAS LINDINI; RALPH CONTRERAS; ROXANNE FOWLER; ANGEL LOPEZ BRAVO; LISA DIANE ROMERO; RANDALL HOLTZ; JULIAN TREVINO; LARRY GENE JOHNSON; GREGORY MORGAN; SHANNON HAIUNGS; JAIME TELLEZ; MARK JIMENEZ; MOSES ADAME; CLINTON MINOR; GREGORY COSSEL; JEFF COLBERT; MARCUS HUDGINS; and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No:  1:05-CV-01115-AWI-TAG<br><br>STIPULATION TO ALLOW PLAINTIFF, JAMES W. MOORE, JR., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, TO FILE A SECOND AMENDED COMPLAINT; ORDER THEREON |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record that pursuant to Rule 15(a) of the *Federal Rules of Civil Procedure*, plaintiff,

JAMES W. MOORE, JR., a minor, by and through his Guardian ad Litem, Alicia Moore, individually and as Successor in Interest of JAMES W. MOORE, Deceased, be allowed to file a Second Amended Complaint, a copy of which is attached hereto.

DATED:  April 4, 2006                CHAIN, YOUNGER, COHN & STILES

                                                BY:   /s/ David K. Cohn_____
                                                DAVID K. COHN
                                                Attorney for Plaintiff, JAMES W. MOORE, JR., a minor, by and through his Guardian Ad Litem, Alicia Moore

DATED:  April 4, 2006                B.C. BARMANN SR., COUNTY COUNSEL
                                                COUNTY OF KERN, STATE OF CALIFORNIA
                                                MARK L. NATIONS, CHIEF DEPUTY

                                                BY:   /s/ Mark L. Nations_____
                                                MARK L. NATIONS, Attorney for Defendants, COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, MOSES ADAME, GREGORY COSSEL and MARK JIMENEZ

DATED:  April 4, 2006                PATTERSON, RITNER, LOCKWOOD, GARRDNER & JURICH

                                                BY:    /s/ John Anthony Jurich_____
                                                JOHN ANTHONY JURICH, Attorney for Defendants, JEFF COLBERT and MARCUS HUDGINS

DATED:  April 3, 2006                WALL, WALL & PEAKE

                                                BY:     /s/ Larry F. Peake_____
                                                LARRY F. PEAKE, Attorney for Defendants, CLINTON MINOR, GREGORY MORGAN and JAIME TELLEZ

**ORDER**

IT IS HEREBY ORDERED that pursuant to Rule 15(a) of the *Federal Rules of Civil Procedure*, plaintiff, JAMES W. MOORE, JR., a minor, by and through his Guardian ad Litem, Alicia Moore, individually and as Successor in Interest of JAMES W. MOORE is allowed to file the original Second Amended Complaint identified as Court Doc. 35.

It is FURTHER ORDERED that plaintiff shall effect service of summons and Second Amended Complaint upon all defendants within the time period set forth in Fed. R. Civ. P. 4.

IT IS SO ORDERED.

Dated:  **April 14, 2006**                              **/s/ Theresa A. Goldner**

**j6eb3d**                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION TO ALLOW PLAINTIFF, JAMES W. MOORE, JR., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, TO FILE A SECOND AMENDED COMPLAINT; ORDER THEREON