# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SHERIFF MACK WIMBISH; DANIEL THOMAS LINDINI; RALPH CONTRERAS; ROXANNE FOWLER; ANGEL LOPEZ BRAVO; LISA DIANE ROMERO; RANDALL HOLTZ; JULIAN TREVINO; LARRY GENE JOHNSON; GREGORY MORGAN; SHANNON HAIUNGS; JAIME TELLEZ; MARK JIMENEZ; MOSES ADAME; CLINTON MINOR; GREGORY COSSEL; JEFF COLBERT; MARCUS HUDGINS; and DOES 1 to 100, inclusive,<br><br>Defendants. | 1:05-cv-01115 AWI TAG<br><br>ORDER DISQUALIFYING JUDGE AND ORDER REASSIGNING CASE |

It appears to the undersigned, the Magistrate Judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

It is therefore ORDERED that the undersigned HEREBY RECUSES herself as the magistrate judge to whom this case is assigned.

It is FURTHER ORDERED that the Clerk of the Court reassign this case to another magistrate judge for all further proceedings, making appropriate adjustments in the assignments of cases to compensate for such reassignment.  All further pleadings filed with this Court shall use the following new case number: **1:05-cv-01115 AWI LJO.**

1

1  Failure to use the correct case number may result in a delay in the document being received
2  by the correct judicial officer.
3
4  IT IS SO ORDERED.
5  Dated:  **April 14, 2006**                                        **/s/ Theresa A. Goldner**
   **j6eb3d**                                                         UNITED STATES MAGISTRATE JUDGE