1  B.C. BARMANN, SR., COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By Mark L. Nations, Chief Deputy (Bar # 101838)
   Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California  93301
4  Telephone:  (661) 868-3800

5  Attorney for Defendants, County of Kern, et al.

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  JAMES W. MOORE, JR. by and through his guardian ad litem ALICIA MOORE, individually and as a Successor in Interest of JAMES W. MOORE, Decedent | CASE NO. CIV-F-05-01115 AWI LJO |
| Plaintiffs, v. | STIPULATION TO CONSOLIDATE ACTIONS AND ORDER THEREON |
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS; and Does 1 to 100, inclusive, Defendants. | |
| BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as a Successor in Interest of JAMES W. MOORE, Deceased | CASE NO. CIV-F-06-00120 OWW SMS |
| Plaintiffs, v. | |
| COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF | |

| | |
|---|---|
| **MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, and DOES 1 to 100, inclusive,** | ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled actions, through their respective counsel, that the actions, including the cross-complaint of Daniel Thomas Lindini, be consolidated into one action for all purposes as both actions are pending before this court and both actions arise out of the same incident and consolidation would be convenient and expeditious to the parties and the Court.

IT IS FURTHER STIPULATED AND AGREED that the cases will be managed by the Honorable Anthony W. Ishii and that the master file in the consolidated case shall be entitled *James W. Moore, Jr., etc. v. County of Kern, et al.*, United States District Court Case No. CIV-F-05-01115 AWI LJO.

The parties agree that this stipulation may be signed in counterpart.

Dated: May 12, 2006                B. C. BARMANN, COUNTY COUNSEL

By   /s/ Mark L. Nations
       Mark L. Nations, Chief Deputy
       Attorney for Defendants, County of Kern, Kern
       County Sheriff's Dept., Sheriff Mack Wimbish,
       Moses Adame, Gregory Cossel and Mark
       Jimenez

Dated: May 15, 2006                RODRIGUEZ & ASSOCIATES

By   /s/ Daniel Rodriguez
       Daniel Rodriguez, Esq.
       Attorney for Plaintiffs Bryce J. Moore, by and
       through his guardian ad litem Michelle Tripp,
       individually and as a successor in interest
       of James W. Moore, Deceased

| | | |
|---|---|---|
| 1 | Dated: May 16, 2006 | CHAIN YOUNGER, et al. |
| 2 | | |
| 3 | | By   /s/ David K. Cohn |
| | | David K. Cohn, Esq. |
| 4 | | Attorney for Plaintiffs James W. Moore, Jr., by and through his guardian ad litem Alicia Moore, individually and as a successor in interest of James W. Moore, Decedent |
| 5 | | |
| 6 | | |
| | Dated: May 15, 2006 | ROBINSON & KELLAR |
| 7 | | |
| 8 | | |
| | | By   /s/ Michael Kellar for |
| 9 | | Oliver U. Robinson, Esq. |
| | | Attorney for Defendants, Shannon Haiungs, Larry Johnson and Julian Trevino |
| 10 | | |
| 11 | | |
| | Dated: May 12, 2006 | WALL, WALL & PEAKE |
| 12 | | |
| 13 | | |
| | | By   /s/ Larry F. Peake |
| 14 | | Larry F. Peake, Esq. |
| | | Attorney for Defendants, Gregory Morgan, Jaime Tellez and Clinton Minor |
| 15 | | |
| 16 | | |
| | Dated: May 15, 2006 | PATTERSON, RITNER, LOCKWOOD, et al. |
| 17 | | |
| 18 | | |
| | | By   /s/ John A. Jurich |
| 19 | | John A. Jurich, Esq. |
| | | Attorney for Defendants Jeffrey Colbert and Marcus Hudgins |
| 20 | | |
| 21 | Dated: May 18, 2006 | KLEIN, DENATALE, GOLDNER, et al. |
| 22 | | |
| | | By   /s/ William A. Bruce |
| 23 | | William A. Bruce, Esq. |
| | | Attorney for Defendants Roxanne Fowler and Angel Lopez Bravo |
| 24 | | |
| 25 | Dated: May 15, 2006 | MARDEROSIAN, RUNYON, CERCONE, et al. |
| 26 | | |
| 27 | | By   /s/ William J. Terrence for |
| | | Michael G. Marderosian, Esq. |
| 28 | | Attorney for Defendant Daniel Lindini |

| | |
|---|---|
| Dated: May 17, 2006 | McCORMICK, BARSTOW, SHEPPARD, et al. |

By   /s/ Justus C. Spillner
　　　Justus C. Spillner, Esq.
　　　Attorney for Defendant Ralph Contreras

Dated: May 12, 2006                WEAKLEY, RATLIFF, ARENDT et al.

By   /s/ James D. Weakely
　　　James D. Weakley, Esq.
　　　Attorney for Defendant Randall Holtz

**O R D E R**

IT IS SO ORDERED.

**Dated:   May 19, 2006**　　　　　　　　   /s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE