IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR, et al., | CASE NO. CV F 05-1115 AWI LJO |
| Plaintiffs, | **ORDER ON DEFENDANT'S REQUEST FOR STATUS CONFERENCE** |
| vs. | (Doc. 58.) |
| COUNTY OF KERN, et al., | |
| Defendants. | |

On May 31, 2006, defendant County of Kern ("Kern County") filed its request for a status conference to reset discovery, motion and trial dates. Kern County's request fails to indicate whether it conferred with other parties to address resetting dates. Although this Court will entertain a joint stipulation or a motion to reset dates, this Court is unable to accept a unilateral invitation to consider resetting dates. As such, this Court encourages Kern County to address resetting dates with the other parties and to submit a joint stipulation to reset dates or joint request for a conference to reset dates. Despite denial of Kern County's current request for a status conference, this Court recognizes there may be potential grounds to reset discovery, motion and trial dates and admonishes the parties to address resetting dates.

IT IS SO ORDERED.

**Dated:   June 1, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                        UNITED STATES MAGISTRATE JUDGE

1