William A. Bruce, State Bar No. 091633
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Defendants Roxanne Fowler and Angel Lopez Bravo

**UNITED STATED DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in | Case No. 1:06-CV-00120-AWI-LJO<br><br>[PROPOSED] ORDER ON STIPULATION |

| | |
|---|---|
| Interest of JAMES W. MOORE, deceased,<br>Plaintiff,<br>v.<br>COUNTY OF KERN, et al.<br>Defendant | FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Upon filing of the Stipulation for Extension of Time to Respond to Complaint, it is hereby ordered that Defendants, Roxanne Fowler and Angel Lopez Bravo, are granted an extension to and including June 21, 2006 in which to serve and file their Answer to Complaint in the above entitled action.

IT IS SO ORDERED.

**Dated: June 20, 2006**
66h44d

**/s/ Lawrence J. O'Neill**
UNITED STATES MAGISTRATE JUDGE