**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES W. MOORE, JR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 05-1115 AWI LJO<br><br>**ORDER TO SET STATUS/SCHEDULING CONFERENCE**<br><br>Date:　July 6, 2006<br>Time:　8:30 a.m.<br>Dept.:　9 (DLB) |

After the December 30, 2005 scheduling order was issued, plaintiffs filed an amended complaint and added 17 defendants and underlying criminal actions were filed against several defendants in this action. This Court foresees scheduling and discovery difficulties and the potential need to reset discovery, motion and trial dates. On the basis of good cause, this Court:

1. SETS a status-scheduling conference for July 6, 2006 at 8:30 a.m. in Department 9 (DLB) to address the currently set dates and discovery issues arising from the underlying criminal actions.

2. ORDERS the Kern County Counsel's office to arrange a one-line conference call for all counsel appearing by telephone and to add the Court to the conference call at (559) 499-5670. If counsel do not appear in person, counsel shall appear by the conference call arranged by the Kern County Counsel's office. **Counsel shall not call the Court individually as this Court cannot add them to a conference call.**

3. ORDERS the parties' counsel, no later than 3 p.m. on July 5, 2006, to participate in a telephone conference to meet and confer **in good faith** to address resetting discovery, motion and trial dates. This Court will not tolerate unreasonable positions on resetting dates.

4. ORDERS the parties' counsel, no later than 4 p.m. on July 5, 2006, to fax to this Court at (559) 494-3919 proposed new discovery, motion and trial dates for the Court's consideration in whether to reset dates.

IT IS SO ORDERED.

**Dated:   June 30, 2006**                              /s/ Lawrence J. O'Neill
66h44d                                                         UNITED STATES MAGISTRATE JUDGE