IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad litem, ALICIA MOORE, individually and as successor in interest of James W. Moore, deceased,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPT., MACK WIMBISH, DANIEL THOMAS LINDINI, ANGELA LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS, and DOES 1 to 100, inclusive,<br><br>　　　　　　　　Defendants.<br>_____<br><br>AND RELATED CONSOLIDATED CASE AND CROSS-CLAIMS<br>_____ | CIV F  05-1115 AWI LJO<br><br>Consolidated with:<br>CV F 06-0120 OWW SMS<br><br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

　　Currently pending before this Court is Defendant Holtz's Rule 12(b)(6) motion for partial dismissal of Plaintiff James Moore, Jr.'s second amended complaint.  This motion is set for hearing on July 31, 2006, at 1:30 p.m.  The court has reviewed the moving papers and has

1  determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).
2          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 31,
3  2006, is VACATED, and the parties shall not appear at that time.  As of July 31, 2006, the Court
4  will take Holtz's motion to dismiss under submission and will thereafter issue its decision.

6  IT IS SO ORDERED.
7  **Dated:     July 26, 2006**                              **/s/ Anthony W. Ishii**
   0m8i78                                             UNITED STATES DISTRICT JUDGE