1  **B.C. BARMANN, SR., COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Mark L. Nations, Chief Deputy (Bar # 101838)**
   **Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California  93301**
4  **Telephone:  (661) 868-3800**

5  **Attorney for Defendants, County of Kern, et al.**
   **and Cross-Defendant County of Kern**
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  **JAMES W. MOORE, Jr., a minor, by**      **CASE NO. CIV F-05-01115 AWI LJO**
    **and through his Guardian ad Litem,**    (Consolidated with Case No. CIV F-06-
12  **ALICIA MOORE, individually and as**     00120 AWI LJO)
    **Successor in Interest of JAMES W.**
13  **MOORE, Deceased,**                      **PROTECTIVE ORDER RE PEACE**
                                              **OFFICER PERSONNEL RECORDS**
14                    **Plaintiff,**          **PURSUANT TO STIPULATION OF THE**
         **v.**                               **PARTIES**
15
    **COUNTY OF KERN, KERN COUNTY**
16  **SHERIFF'S DEPARTMENT, SHERIFF**
    **MACK WIMBISH, DANIEL THOMAS**
17  **LINDINI, RALPH CONTRERAS,**
    **ROXANNE FOWLER, ANGEL LOPEZ**
18  **BRAVO, LISA DIANE ROMERO,**
    **RANDALL HOLTZ, JULIAN TREVINO,**
19  **LARRY GENE JOHNSON, GREGORY**
    **MORGAN, SHANNON HAIUNGS,**
20  **JAIME TELLEZ, MARK JIMENEZ,**
    **MOSES ADAME, CLINTON MINOR,**
21  **GREGORY COSSEL, JEFF COLBERT,**
    **MARCUS HUDGINS, and DOES 1 -**
22  **100, inclusive,**

23                    **Defendants.**

24  **And Related Cross-Action**

25

26
         The parties having stipulated thereto and good cause appearing therefor, IT IS
27
    HEREBY ORDERED:
28

---

1.   All documents produced by the County of Kern in response to James Moore, Jr.'s First Request for Production of Documents and which qualify as peace officer personnel records under California Penal Code §§832.7 and 832.8, including but not limited to internal affairs reports, interviews, investigative reports, statements, employment evaluations, or other information from an officer's personnel file pertaining to allegations of excessive force, infliction of bodily injury, physical altercations or hostility, shall be subject to the following orders:

a)   The records shall not be copied or disseminated outside of any attorney's office except for review by retained experts or a party to the action.

b)   The only persons who shall be authorized to view the records will be the attorneys, the attorneys' office staff, retained experts and parties to the action.

c)   The records shall not be provided to the news media directly or indirectly in any form.

d)   The records shall only be utilized in connection with this litigation and for no other purpose;

e)   At the conclusion of the litigation, all peace officer personnel records produced and any copies thereof, including exhibits to depositions, shall be returned to the offices of Kern County Counsel.

2.   No counsel shall file with this court any peace officer personnel record either as an exhibit to a motion or otherwise unless the court has issued an order sealing such record.

3.   Any person or persons violating this order shall be subject to sanctions.

IT IS SO ORDERED.

**Dated:   October 16, 2006**          **/s/ Lawrence J. O'Neill**
66h44d                              UNITED STATES MAGISTRATE JUDGE

Protective Order re peace officer personnel records pursuant to stipulation of the parties