IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., et al., <br><br>        Plaintiffs, <br><br>  vs. <br><br>COUNTY OF KERN, et al., <br><br>        Defendants. <br>_____/ | CASE NO. CV F 05-1115 AWI LJO <br><br>**ORDER TO SHOW CAUSE FOR CONTEMPT CITATION AGAINST JOHN TRIPP** <br>(Doc. 84.) <br><br>Date: December 8, 2006 <br>Time: 8:30 a.m. <br>Dept.: 8 (LJO) |

      On October 31, 2006, defendant County of Kern and related defendants (collectively the "Kern County defendants") filed their application and papers for an order to show cause why third-party witness John Tripp ("Mr. Tripp") should not be held in civil contempt for failure to appear at his October 23, 2006 deposition pursuant to subpoena. Based on review of the record, this Court SETS a hearing for December 8, 2006 at 8:30 a.m. in Department 8 (LJO) to address whether Mr. Tripp will be held in civil contempt for failure to appear at his deposition pursuant to subpoena. No later than November 22, 2006, Mr. Tripp may file and serve his papers to address his failure to appear at his deposition and to show cause why he should not be held in civil contempt for failure to appear a his deposition. No later than November 30, 2006, the Kern County defendants and other parties may file and serve papers to respond to Mr. Tripp's papers. This Court ORDERS the Kern defendants, no later than November 8, 2006, to personally serve Mr. Tripp with a copy of this order and the Kern defendants' application and

1 | papers for an order to show cause.
2 |     IT IS SO ORDERED.
3 | 66h44d**Dated:**   **October 31, 2006**         **/s/ Lawrence J. O'Neill**
                                               UNITED STATES MAGISTRATE JUDGE