# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR, et al., | CASE NO. CV F 05-1115 AWI LJO |
| Plaintiffs, | **ORDER DENYING APPLICATION FOR AN OSC RE CONTEMPT TO THIRD PARTY WITNESS** |
| vs. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

In a notice filed on October 31, 2006, the County of Kern applies for an OSC why third party deponent John Tripp ("Mr. Tripp") should not be held in contempt for failing to appear for his deposition on October 23, 2006. The matter came on regularly for hearing on December 8, 2006 in Department 8 of the above-entitled court.

At oral argument, Mr. Tripp's counsel, Charles Chapman, argued that Mr. Tripp intended to comply with the subpoena, but that on the day of the deposition and during deposition preparation with co-counsel, Mr. Rodriguez, Mr. Tripp became very ill. Defendants objected to the evidence as hearsay. At oral argument, the Court indicated that the sole basis for possibly granting an OSC re Contempt was Mr. Tripp's failure to provide notice of his illness prior to the deposition. The Court then ordered Mr. Rodriguez to provide supplemental evidence regarding his deposition preparation of Mr. Tripp.

/////

/////

1 On December 11, 2006, Mr. Rodriguez filed a declaration. (Doc. 94.)  From the review of the
2 declaration, the Court finds that there was no advance notice and that contact with opposing counsel was
3 made as soon as practical.
4 Accordingly, the Application for an Order to Show Cause why John Tripp should not be held
5 in Contempt is DENIED.
6 IT IS SO ORDERED.

7 **Dated:    December 12, 2006**              /s/ Lawrence J. O'Neill
  b9ed48                                      UNITED STATES MAGISTRATE JUDGE