**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800

Attorney for Defendants, County of Kern, et al.
and Cross-Defendant County of Kern

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, Jr., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS, and DOES 1 - 100, inclusive,<br><br>Defendants.<br><br>And Related Cross-Action | **CASE NO. CIV F-05-01115 AWI LJO**<br>(Consolidated with Case No. CIV F-06-00120 AWI LJO)<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the trial date in this matter be continued for 90 days from October 16, 2007, to January 15, 2008, or an alternative date convenient with the court.  This stipulation is

---

Stipulation to Continue Trial Date and Proposed Order

necessitated by the fact that discovery has not yet been completed and will not be completed by March 30, 2007 due to the number of parties and witnesses and the volume of documents produced to date and yet to be produced. The parties will be unable to have this matter fully prepared for the upcoming October 16, 2007 trial date.

IT IS FURTHER STIPULATED that the expert and non expert discovery cut-off dates, pre-trial conference, dispositive and non dispositive pre-trial motion filing and hearing dates, be continued to reflect the continuance of the trial date as follows:

| | |
|---|---|
| Pre-Trial Conference | December 7, 2007 |
| Hearing Dispositive Pre-Trial Motions | October 29, 2007 |
| Dispositive Pre-Trial Motions due by | September 27, 2007 |
| Hearing Non Dispositive Pre-Trial Motions | August 30, 2007 |
| Non Dispositive Pre-Trial Motions due by | July 23, 2007 |
| Expert Discovery Cut-Off | August 30, 2007 |
| Supplemental Expert Disclosure | July 26, 2007 |
| Expert Disclosure | June 28, 2007 |
| Discovery Cut-Off Non Expert | June 28, 2007 |

The parties further agree that this stipulation may be signed in counterpart.

Dated: February 21, 2007   B. C. BARMANN, COUNTY COUNSEL

By /s/ Mark L. Nations
Mark L. Nations, Chief Deputy
Attorney for Defendants, County of Kern, Kern County Sheriff's Dept., Sheriff Mack Wimbish, Moses Adame, Gregory Cossel and Mark Jimenez

Dated: February 21, 2007   RODRIGUEZ & ASSOCIATES

By /s/ Daniel Rodriguez
Daniel Rodriguez, Esq.
Attorney for Plaintiffs Bryce J. Moore, by and through his guardian ad litem Michelle Tripp, individually and as a successor in interest of James W. Moore, Deceased

| | | |
|---|---|---|
| 1 | Dated: February 21, 2007 | CHAIN YOUNGER, et al. |
| 2 | | |
| 3 | | By /s/ David K. Cohn |
| 4 | | David K. Cohn, Esq.<br>Attorney for Plaintiffs James W. Moore, Jr., by and through his guardian ad litem Alicia Moore, individually and as a successor in interest of James W. Moore, Decedent |
| 7 | Dated: February 21, 2007 | ROBINSON & KELLAR |
| 8 | | By /s/ Oliver U. Robinson |
| 9 | | Oliver U. Robinson, Esq.<br>Attorney for Defendants, Shannon Haiungs, Larry Johnson and Julian Trevino |
| 11 | Dated: February 21, 2007 | WALL, WALL & PEAKE |
| 12 | | By /s/ Larry F. Peake |
| 13 | | Larry F. Peake, Esq.<br>Attorney for Defendants, Gregory Morgan, Jaime Tellez and Clinton Minor |
| 15 | Dated: February 21, 2007 | PATTERSON, RITNER, LOCKWOOD, et al. |
| 17 | | By /s/ Karen A. Newcomb |
| 18 | | John A. Jurich, Esq.<br>Attorney for Defendants Jeffrey Colbert and Marcus Hudgins |
| 20 | Dated: February 21, 2007 | KLEIN, DENATALE, GOLDNER, et al. |
| 21 | | By /s/ William A. Bruce |
| 22 | | William A. Bruce, Esq.<br>Attorney for Defendants Roxanne Fowler and Angel Lopez Bravo |
| 24 | Dated: February 21, 2007 | CALIFORNIA ORGANIZATION OF POLICE AND SHERIFFS |
| 26 | | By /s/ Larry Alan Katz |
| 27 | | Larry Alan Katz, Esq.<br>Louis D. Silver, Esq.<br>Attorney for Defendant Daniel Lindini |

Stipulation to Continue Trial Date and Proposed Order

3

| | | |
|---|---|---|
| Dated: February 21, 2007 | | McCORMICK, BARSTOW, SHEPPARD, et al. |

By /s/ Matthew Fletcher
   Justus C. Spillner, Esq.
   Attorney for Defendant Ralph Contreras

Dated: February 21, 2007                    WEAKLEY, RATLIFF, ARENDT et al.

By /s/ Benjamin L. Ratliff for
   James D. Weakley, Esq.
   Attorney for Defendant Randall Holtz

Dated: February 21, 2007                    LAW OFFICES OF JAY JAMIESON

By /s/ Jay Jamieson
   Jay Jamieson, Esq.
   Attorney for Defendant Lisa Romero

## ORDER

IT IS HEREBY ORDERED that the trial date in this matter be continued from October 16, 2007, to January 15, 2008, at **8:30** a.m. in Courtroom 2 of the above-entitled court, that the Pre-Trial Conference is continued to December 7, 2007 **at 8:30 a.m.**, the last day to hear Dispositive Pre-Trial Motions is October 29, 2007, the last day to file Dispositive Pre-Trial Motions is September 27, 2007, the last day to hear Non Dispositive Pre-Trial Motions is August 30, 2007, the last day to file Non Dispositive Pre-Trial Motions is July 23, 2007, Expert Discovery Cut-Off is August 30, 2007, Supplemental Expert Disclosure is July 26, 2007, Expert Disclosure is June 28, 2007 and Discovery Cut-Off Non Expert is June 28, 2007.

IT IS SO ORDERED.

**Dated:   February 23, 2007**                **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE