**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800

Attorney for Defendants, County of Kern, et al.
and Cross-Defendant County of Kern

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, Jr., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>　　　　　　Plaintiff,<br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS, and DOES 1 - 100, inclusive,<br><br>　　　　　　Defendants.<br><br>And Related Cross-Action | CASE NO. 1:05-cv-01115 AWI SMS<br>(Consolidated with Case No. 1:06-cv-00120 AWI SMS)<br><br>**PROTECTIVE ORDER**<br><br>**Re: PEACE OFFICER PERSONNEL FILE RECORDS** |

　　　　The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED:

　　　　1.　　The documents requested to be produced out of the individual defendants'

---

personnel files shall be subject to the following orders:

    a)   The records shall not be copied or disseminated outside of any attorney's office except for review by retained experts or a party to the action.

    b)   The only persons who shall be authorized to view the records will be the attorneys, the attorneys' office staff, retained experts and parties to the action.

    c)   The records shall not be provided to the news media directly or indirectly in any form.

    d)   The records shall only be utilized in connection with this litigation and for no other purpose;

    e)   At the conclusion of the litigation, all such records produced and any copies thereof, including exhibits to depositions, shall be returned to the offices of Kern County Counsel.

    2.   No counsel shall file with this court any peace officer personnel record either as an exhibit to a motion or otherwise unless the court has issued an order sealing such record.

    3.   Any person or persons violating this order shall be subject to sanctions.

IT IS SO ORDERED.

**Dated:   April 13, 2007**             **/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Protective Order re peace officer personnel file records