1

2

3

4

**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Mark L. Nations, Chief Deputy (Bar # 101838)**
**Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
**Telephone:  (661) 868-3800**

5

**Attorney for Defendants, County of Kern, et al.**
**and Cross-Defendant County of Kern**

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| **JAMES W. MOORE, Jr., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,** | **CASE NO.1:05-CV-01115 AWI SMS** (Consolidated with Case No. 1:06-CV-00120 AWI SMS) |
| **Plaintiff,** | **STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AS TO EXPERT WITNESS DESIGNATIONS AND DISCOVERY; AND** |
| v. | |
| **COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS, and DOES 1 - 100, inclusive,** | **ORDER MODIFYING SCHEDULING ORDER DATES AS TO EXPERT WITNESS DISCLOSURE AND DISCOVERY** |
| **Defendants.** | |
| **And Related Cross-Action** | |

26

27

28

Plaintiffs by and through their counsel of record and all defendants by and through their counsel of record stipulate as follows:

1.  Given the ongoing discovery in this case and the need for expert witnesses to

have all deposition discovery available to them to formulate their opinions, the date for disclosure of expert witnesses on any issue other than the cause of James Moore, Jr.'s death may be postponed from June 28, 2007 to July 26, 2007; the supplemental designation of experts may be postponed from July 26, 2007 to August 30, 2007 and the last day to depose expert witnesses may be postponed from August 30, 2007 to September 27, 2007. The date for disclosure of expert witnesses, including their reports, relating to the issue of the cause of James Woodrow Moore's death shall remain June 28, 2007.  All other dates in the scheduling order shall remain as currently set.

      2.     The parties agree that this stipulation may be signed in counterpart.

Dated: June 8, 2007                 B. C. BARMANN, COUNTY COUNSEL

By  /s/ Mark L. Nations
     Mark L. Nations, Chief Deputy
     Attorney for Defendants, County of Kern, Kern
     County Sheriff's Dept., Sheriff Mack Wimbish,
     Moses Adame, Gregory Cossel and Mark
     Jimenez

Dated: June 11, 2007             RODRIGUEZ & ASSOCIATES

By  /s/ Daniel Rodriguez
     Daniel Rodriguez, Esq.
     Attorney for Plaintiffs Bryce J. Moore, by and
     through his guardian ad litem Michelle Tripp,
     individually and as a successor in interest
     of James W. Moore, Deceased

Dated: June 11,  2007           CHAIN YOUNGER, et al.

By   /s/ David K. Cohen
     David K. Cohn, Esq.
     Attorney for Plaintiffs James W. Moore, Jr.,
     by and through his guardian ad litem Alicia
     Moore, individually and as a successor in
     interest of James W. Moore, Decedent

Dated: June 8, 2007                 ROBINSON & KELLAR

1

2                            By   /s/ Oliver U. Robinson
                                 Oliver U. Robinson, Esq.
                                 Attorney for Defendants, Shannon Haiungs,

3                                 Larry Johnson and Julian Trevino

4    Dated: June 8, 2007                 WALL, WALL & PEAKE

5

6                            By   /s/ Larry F. Peake
                                 Larry F. Peake, Esq.
                                 Attorney for Defendants, Gregory Morgan,

7                                 Jaime Tellez and Clinton Minor

8    Dated: June 8, 2007                 PATTERSON, RITNER, LOCKWOOD, et al.

9

10                          By   /s/ John A. Jurich
                                 John A. Jurich, Esq.
                                 Attorney for Defendants Jeffrey Colbert and

11                                 Marcus Hudgins

12

13   Dated: June 15, 2007               KLEIN, DENATALE, GOLDNER, et al.

14

15                         By /s/ William A. Bruce
                                 William A. Bruce, Esq.
                                 Attorney for Defendants Roxanne Fowler and

16                                 Angel Lopez Bravo

17   Dated: June 11, 2007               CALIFORNIA ORGANIZATION OF POLICE AND
                                 SHERIFFS

18

19                         By   /s/ Larry Alan Katz
                                 Larry Alan Katz, Esq.
                                 Louis D. Silver, Esq.

20                                 Attorney for Defendant Daniel Lindini

21   Dated: June 11, 2007               McCORMICK, BARSTOW, SHEPPARD, et al.

22

23                         By   /s/ Justus C. Spillner
                                 Justus C. Spillner, Esq.

24                                 Attorney for Defendant Ralph Contreras

25

26

27   Dated: June 8, 2007                WEAKLEY, RATLIFF, ARENDT et al.

28

1
2

By    /s/ James D. Weakley               
         James D. Weakley, Esq.
         Attorney for Defendant Randall Holtz

3
4

Dated: June 12, 2007          LAW OFFICES OF JAY JAMIESON

5
6

By    /s/ Jay Jamieson                
         Jay Jamieson, Esq.
         Attorney for Defendant Lisa Romero

7
8

## ORDER

9
10

The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED:

11
12

The scheduling order currently in effect in these consolidated cases shall be modified as follows:

13
14
15

1.    All expert witnesses on the issue of the cause of James Woodrow Moore's death shall be disclosed as required by Federal Rule of Civil Procedure 26(a)(2) no later than **June 28, 2007.**

16
17

2.    All other expert witnesses shall be disclosed as required by Federal Rule of Civil Procedure 26(a)(2) no later than **July 26, 2007.**

18
19

3.    Any supplemental expert witness disclosure shall be made no later than **August 30, 2007.**

20

4.    The last day to depose expert witnesses shall be **September 27, 2007.**

21

5.    All other dates currently set by the scheduling order shall remain in effect.

22
23

IT IS SO ORDERED.

24

**Dated:**    **June 19, 2007**                **/s/ Sandra M. Snyder**       
                             UNITED STATES MAGISTRATE JUDGE

25
26
27
28