1  **B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By Mark L. Nations, Chief Deputy (Bar # 101838)**
**Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
4  **Telephone:  (661) 868-3800**

5  **Attorney for Defendants, County of Kern, et al.**
**and Cross-Defendant County of Kern**

6

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  **JAMES W. MOORE, Jr., a minor, by** | **CASE NO.1:05-CV-01115 AWI SMS** |
| **and through his Guardian ad Litem,** | (Consolidated with Case No. 1:06-CV- |
| 12  **ALICIA MOORE, individually and as** | 00120 AWI SMS) |
| **Successor in Interest of JAMES W.** | |
| **MOORE, Deceased,** | **STIPULATION FOR MODIFICATION OF** |
| 13 | **SCHEDULING ORDER AS TO EXPERT** |
| **Plaintiff,** | **WITNESS DISCOVERY CUT-OFF,** |
| 14 | **DISPOSITIVE MOTION FILING AND** |
| **v.** | **HEARING  DEADLINES, PRE-TRIAL** |
| 15 | **DATE AND TRIAL DATE; ORDER** |
| **COUNTY OF KERN, KERN COUNTY** | |
| 16  **SHERIFF'S DEPARTMENT, SHERIFF** | |
| **MACK WIMBISH, DANIEL THOMAS** | |
| 17  **LINDINI, RALPH CONTRERAS,** | |
| **ROXANNE FOWLER, ANGEL LOPEZ** | |
| 18  **BRAVO, LISA DIANE ROMERO,** | |
| **RANDALL HOLTZ, JULIAN TREVINO,** | |
| 19  **LARRY GENE JOHNSON, GREGORY** | |
| **MORGAN, SHANNON HAIUNGS,** | |
| 20  **JAIME TELLEZ, MARK JIMENEZ,** | |
| **MOSES ADAME, CLINTON MINOR,** | |
| 21  **GREGORY COSSEL, JEFF COLBERT,** | |
| **MARCUS HUDGINS, and DOES 1 -** | |
| 22  **100, inclusive,** | |
| 23  **Defendants.** | |
| 24 | |
| **And Related Cross-Action** | |
| 25 | |

26  Plaintiffs by and through their counsel of record and all defendants by and through

27  their counsel of record stipulate as follows:

28

Stipulation for Modification of Scheduling Order
As To Expert Witness Discovery Cut-off, Dispositive
Motion Filing and Hearing, Pre-trial and Trial Dates; Order
1

1.  Given the pendency of the criminal trial involving defendants Fowler, Lindini and Contreras which is currently scheduled to begin October 9, 2007 and the inability of plaintiffs to take the depositions of those defendants until the criminal trial is resolved, and in view of the fact that the parties have designated a combined total of eleven expert witnesses and the depositions of those experts cannot be accomplished by the current discovery cut-off deadline of September 27, and in an effort to allow the criminal trial processes to run their course prior to commencement of the civil trial, the parties, by and through their counsel of record hereby stipulate that the expert witness discovery cut-off be changed from September 27, 2007 to January 31, 2008 and that the current filing deadline for dispositive motions be changed from September 27, 2007 to January 31, 2008.  The pretrial date and trial date may be vacated and re-set at the discretion of the trial court.

2.  The parties agree that this stipulation may be signed in counterpart.

Dated: September 18, 2007          B. C. BARMANN, COUNTY COUNSEL


By___/s/ Mark I. Nations_____
   Mark L. Nations, Chief Deputy
   Attorney for Defendants, County of Kern, Kern
   County Sheriff's Dept., Sheriff Mack Wimbish,
   Moses Adame, Gregory Cossel and Mark
   Jimenez


Dated: September 20, 2007          RODRIGUEZ & ASSOCIATES


By  /s/ Marshall S. Fontes for_____
   Daniel Rodriguez, Esq.
   Attorney for Plaintiffs Bryce J. Moore, by and
   through his guardian ad litem Michelle Tripp,
   individually and as a successor in interest
   of James W. Moore, Deceased

Stipulation for Modification of Scheduling Order
As To Expert Witness Discovery Cut-off, Dispositive
Motion Filing and Hearing, Pre-trial and Trial Dates; Order

2

1  Dated: September 19, 2007            CHAIN YOUNGER, et al.

2

3                                        By   /s/ David K. Cohn

4  _____          David K. Cohn, Esq.
                                         Attorney for Plaintiffs James W. Moore, Jr.,
5                                        by and through his guardian ad litem Alicia
                                         Moore, individually and as a successor in
6                                        interest of James W. Moore, Decedent

7  Dated: September 19, 2007            ROBINSON & KELLAR

8
                                         By   /s/ Oliver U. Robinson
9                                        Oliver U. Robinson, Esq.
                                         Attorney for Defendants, Shannon Haiungs,
10                                       Larry Johnson and Julian Trevino

11 Dated: September 18, 2007            WALL, WALL & PEAKE

12
                                         By   /s/ Larry F. Peake
13                                       Larry F. Peake, Esq.
                                         Attorney for Defendants, Gregory Morgan,
14                                       Jaime Tellez and Clinton Minor

15 Dated: September 18, 2007            PATTERSON, RITNER, LOCKWOOD, et al.

16
                                         By   /s/ John A. Jurich
17                                       John A. Jurich, Esq.
                                         Attorney for Defendants Jeffrey Colbert and
18                                       Marcus Hudgins

19

20 Dated: September 19, 2007            KLEIN, DENATALE, GOLDNER, et al.

21
                                         By  /s/ William A. Bruce
22                                       William A. Bruce, Esq.
                                         Attorney for Defendants Roxanne Fowler and
23                                       Angel Lopez Bravo

24 Dated: September 18, 2007            CALIFORNIA ORGANIZATION OF POLICE AND
                                         SHERIFFS
25
                                         By   /s/ Louis D. Silver
26                                       Larry Alan Katz, Esq.
                                         Louis D. Silver, Esq.
27                                       Attorney for Defendant Daniel Lindini

28

Stipulation for Modification of Scheduling Order
As To Expert Witness Discovery Cut-off, Dispositive
Motion Filing and Hearing, Pre-trial and Trial Dates; Order
3

Dated: September 18, 2007          McCORMICK, BARSTOW, SHEPPARD, et al.


By  /s/ Justus C. Spillner
       Justus C. Spillner, Esq.
       Attorney for Defendant Ralph Contreras

Dated: September 18, 2007          WEAKLEY, RATLIFF, ARENDT et al.


By  /s/ James J. Arendt (for)
       James D. Weakley, Esq.
       Attorney for Defendant Randall Holtz

Dated: September 19, 2007          LAW OFFICES OF JAY JAMIESON


By  /s/ Jay Jamieson
       Jay Jamieson, Esq.
       Attorney for Defendant Lisa Romero

<u>ORDER</u>

     The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED:

     The scheduling order currently in effect in these consolidated cases shall be modified as follows:

    1.    All depositions of expert witnesses disclosed in this matter shall be completed by no later than **January 31, 2008.**

    2.    Dispositive motions shall be filed by no later than **January 31, 2008.**

    3.    The pretrial conference date is vacated and will be re-set by order of the court.

    5.    The trial date in this matter is vacated and will be re-set by order of the court.

IT IS SO ORDERED.

**Dated:**   **September 23, 2007**          **/s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE

Stipulation for Modification of Scheduling Order
As To Expert Witness Discovery Cut-off, Dispositive
Motion Filing and Hearing, Pre-trial and Trial Dates; Order

4