**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800

Attorney for Defendants, County of Kern, et al.
and Cross-Defendant County of Kern

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, Jr., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS, and DOES 1 - 100, inclusive,<br><br>Defendants.<br><br>And Related Cross-Action | CASE NO.1:05-CV-01115 AWI SMS<br>(Consolidated with Case No. 1:06-CV-00120 AWI SMS)<br><br>**STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AS TO EXPERT WITNESS DISCOVERY CUT-OFF AND DISPOSITIVE MOTION FILING DEADLINE;**<br><br>**ORDER** |

Plaintiffs by and through their counsel of record and all defendants by and through their counsel of record stipulate as follows:

Stipulation for Modification of Scheduling Order
As To Expert Witness Discovery Cut-off and
Dispositive Motion Filing Deadline; Order

1

1. Given the difficulty in scheduling depositions of experts due to conflicting schedules and intervening holidays, the parties are in agreement that the expert discovery cut-off be extended from January 31, 2008 to March 31, 2008 and that the filing deadline for dispositive motions be moved from January 31, 2008 to March 31, 2008. The current pre-trial date of June 20, 2008 and trial date of August 12, 2008 will remain unaffected.

2. The parties agree that this stipulation may be signed in counterpart.

Dated: December 11, 2007        B. C. BARMANN, COUNTY COUNSEL


By  /s/ Mark L. Nations
   Mark L. Nations, Chief Deputy
   Attorney for Defendants, County of Kern, Kern
   County Sheriff's Dept., Sheriff Mack Wimbish,
   Moses Adame, Gregory Cossel and Mark
   Jimenez

Dated: December __, 2007        RODRIGUEZ & ASSOCIATES


By  /s/ Daniel Rodriguez
   Daniel Rodriguez, Esq.
   Attorney for Plaintiffs Bryce J. Moore, by and
   through his guardian ad litem Michelle Tripp,
   individually and as a successor in interest
   of James W. Moore, Deceased

Dated: December 11, 2007        CHAIN YOUNGER, et al.


By   /s/ David K. Cohn
   David K. Cohn, Esq.
   Attorney for Plaintiffs James W. Moore, Jr.,
   by and through his guardian ad litem Alicia
   Moore, individually and as a successor in
   interest of James W. Moore, Decedent

Dated: December 11, 2007        ROBINSON & KELLAR


By /s/ Oliver U. Robinson
   Oliver U. Robinson, Esq.
   Attorney for Defendants, Shannon Haiungs,
   Larry Johnson, Julian Trevino and Marc Haiungs

Stipulation for Modification of Scheduling Order
As To Expert Witness Discovery Cut-off and
Dispositive Motion Filing Deadline; Order

2


| | |
|---|---|
| Dated: December __, 2007 | WALL, WALL & PEAKE |
| | By /s/ Larry F. Peake<br>Larry F. Peake, Esq.<br>Attorney for Defendants, Gregory Morgan, Jaime Tellez and Clinton Minor |
| Dated: December 11, 2007 | PATTERSON, RITNER, LOCKWOOD, et al. |
| | By /s/ John A. Jurich<br>John A. Jurich, Esq.<br>Attorney for Defendants Jeffrey Colbert and Marcus Hudgins |
| Dated: December 14, 2007 | KLEIN, DENATALE, GOLDNER, et al. |
| | By /s/ William A. Bruce<br>William A. Bruce, Esq.<br>Attorney for Defendants Roxanne Fowler and Angel Lopez Bravo |
| Dated: December 12, 2007 | CALIFORNIA ORGANIZATION OF POLICE AND SHERIFFS |
| | By /s/ Larry Alan Katz<br>Larry Alan Katz, Esq.<br>Louis D. Silver, Esq.<br>Attorney for Defendant Daniel Lindini |
| Dated: December 11, 2007 | McCORMICK, BARSTOW, SHEPPARD, et al. |
| | By /s/ Justus C. Spillner<br>Justus C. Spillner, Esq.<br>Attorney for Defendant Ralph Contreras |
| Dated: December 13, 2007 | WEAKLEY, RATLIFF, ARENDT et al. |
| | By /s/ James D. Weakley<br>James D. Weakley, Esq.<br>Attorney for Defendant Randall Holtz |

Stipulation for Modification of Scheduling Order
As To Expert Witness Discovery Cut-off and
Dispositive Motion Filing Deadline; Order

Dated: December 13, 2007        LAW OFFICES OF JAY JAMIESON

By   /s/ Jay Jamieson
    Jay Jamieson, Esq.
    Attorney for Defendant Lisa Romero

## ORDER

The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED:

The scheduling order currently in effect in these consolidated cases shall be modified as follows:

1. All depositions of expert witnesses disclosed in this matter shall be completed by no later than **March 31, 2008.**
2. Dispositive motions shall be filed by no later than **March 31, 2008.**
3. The pretrial conference date and trial date shall remain as currently set.

IT IS SO ORDERED.

Dated:   **January 4, 2008**          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

Stipulation for Modification of Scheduling Order
As To Expert Witness Discovery Cut-off and
Dispositive Motion Filing Deadline; Order

4