IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad litem, ALICIA MOORE, individually and as successor in interest of James W. Moore, deceased,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPT., MACK WIMBISH, DANIEL THOMAS LINDINI, ANGELA LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS, and DOES 1 to 100, inclusive,<br><br>　　　　　　　Defendants.<br>_____<br><br>AND RELATED CONSOLIDATED CASE AND CROSS-CLAIMS<br>_____ | CIV F  05-1115 AWI SMS<br><br>Consolidated with:<br>CV F 06-0120 OWW SMS<br><br><br>ORDER VACATING MAY 5, 2008 HEARING, AND ORDER ON DEFENDANT GREGORY COSSEL'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS MOSES ADAME AND MARK JIMENEZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br><br>(Doc. No. 181) |

　　　Currently pending before this Court is Defendant Gregory Cossel's motion for summary judgment and Defendants Moses Adame and Mark Jimenez's motion for partial summary judgment. The motions are set for hearing on May 5, 2008, at 1:30 p.m. Plaintiffs James Moore,

Jr. and Bryce Moore have filed notices of non-opposition to the granting of these motions. See Court's Docket Doc. Nos. 183, 184.  The Court has reviewed the evidence submitted and the moving papers of Cossel, Adame, and Jimenez.  Defendants have met their initial burden for summary judgment.  See Celotex Corp. v. Catrett, 477 U.S. 317 (1986); Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986); Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574 (1986); Nissan Fire & Marine Ins. Co. v. Fritz Companies, 210 F.3d 1099 (9th Cir. 2000).  In light of the of the notices of non-opposition, and the apparent meritorious nature of the respective motions, the Court will vacate the May 5, 2008, hearing date and grant the motions.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 5, 2008, hearing is VACATED;
2. Defendant Gregory Cossel's motion for summary judgment on all claims alleged against him is GRANTED;
3. Defendant Moses Adame's motion for partial summary judgment as to Plaintiff Bryce Moore's Second, Third, Fourth, Fifth, Seventh, and Ninth Causes of Action is GRANTED;
4. Defendant Moses Adame's motion for partial summary judgment as to Plaintiff James Moore, Jr.'s Second, Third, Fourth, Fifth, and Eighth Causes of Action is GRANTED;
5. Defendant Mark Jimenez's motion for partial summary judgment as to Plaintiff Bryce Moore's Second, Fourth, Fifth, and Seventh Causes of Action is GRANTED; and
6. Defendant Mark Jimenez's motion for partial summary judgment as to Plaintiff James Moore, Jr.'s Second, Fourth, and Fifth Causes of Action is GRANTED.

IT IS SO ORDERED.

Dated:   April 23, 2008                        /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE