# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, Jr., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS, and DOES 1 - 100, inclusive,<br><br>Defendants.<br><br>And Related Cross-Action | CASE NO.1:05-CV-01115 AWI SMS<br>(Consolidated with Case No. 1:06-CV-00120 AWI SMS)<br><br>**STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AS TO PRE-TRIAL DATE AND TRIAL DATE; ORDER** |

The parties filed the following stipulation:

Plaintiffs by and through their counsel of record and all defendants by and through their counsel of record stipulate as follows:

1

1. The criminal trial involving civil defendants Roxanne Fowler, Daniel Lindini and Ralph Contreras was postponed on April 11, 2008 to August 11, 2008.

2. Plaintiffs are precluded from taking the depositions of those defendants until the criminal proceedings are completed.

3. This court has previously informed the parties that until the criminal proceedings are completed, the civil trial in this matter shall not go forward.

4. In an effort to allow the criminal trial processes to run their course prior to commencement of the civil trial and to allow sufficient time for post criminal-trial civil discovery and trial preparation, the parties, by and through their counsel of record hereby stipulate that the trial date in this matter be continued from August 12, 2008 to March 3, 2009, or an alternative date convenient with the court and the pretrial date of June 20, 2008 be vacated and re-set at the discretion of the trial court.

5. The parties agree that this stipulation may be signed in counterpart.

Dated: April 16, 2008					B. C. BARMANN, COUNTY COUNSEL


							By   /s/ Mark L. Nations
							     Mark L. Nations, Chief Deputy
							     Attorney for Defendants, County of Kern, Kern
							     County Sheriff's Dept., Sheriff Mack Wimbish,
							     Moses Adame, Gregory Cossel and Mark
							     Jimenez


Dated: April 21, 2008					RODRIGUEZ & ASSOCIATES


							By   /s/ Daniel Rodriguez
							     Daniel Rodriguez, Esq.
							     Attorney for Plaintiffs Bryce J. Moore, by and
							     through his guardian ad litem Michelle Tripp,
							     individually and as a successor in interest
							     of James W. Moore, Deceased

Dated: April 16, 2008   CHAIN YOUNGER, et al.

By  /s/ David K. Cohn
David K. Cohn, Esq.
Attorney for Plaintiffs James W. Moore, Jr., by and through his guardian ad litem Alicia Moore, individually and as a successor in interest of James W. Moore, Decedent

Dated: April 16, 2008   ROBINSON & KELLAR

By  /s/ Oliver U. Robinson
Oliver U. Robinson, Esq.
Attorney for Defendants, Shannon Haiungs, Larry Johnson and Julian Trevino

Dated: April 16, 2008   WALL, WALL & PEAKE

By  /s/ Larry F. Peake
Larry F. Peake, Esq.
Attorney for Defendants, Gregory Morgan, Jaime Tellez and Clinton Minor

Dated: April 22, 2008   PATTERSON, RITNER, LOCKWOOD, et al.

By  /s/ John A. Jurich
John A. Jurich, Esq.
Attorney for Defendants Jeffrey Colbert and Marcus Hudgins

Dated: April 16, 2008   KLEIN, DENATALE, GOLDNER, et al.

By  /s/ William A. Bruce
William A. Bruce, Esq.
Attorney for Defendants Roxanne Fowler and Angel Lopez Bravo

Dated: April 16, 2008   CALIFORNIA ORGANIZATION OF POLICE AND SHERIFFS

By  /s/ Larry Alan Katz
Larry Alan Katz, Esq.
Louis D. Silver, Esq.
Attorney for Defendant Daniel Lindini

| | |
|---|---|
| Dated: April 16, 2008 | McCORMICK, BARSTOW, SHEPPARD, et al. |

By  /s/ Justus C. Spillner
Justus C. Spillner, Esq.
Attorney for Defendant Ralph Contreras

Dated: April 22, 2008    WEAKLEY, RATLIFF, ARENDT et al.

By   /s/ James Arendt for
James D. Weakley, Esq.
Attorney for Defendant Randall Holtz

Dated: April 16, 2008    LAW OFFICES OF JAY JAMIESON

By   /s/ Jay Jamieson
Jay Jamieson, Esq.
Attorney for Defendant Lisa Romero

## ORDER

The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED that the trial date in this matter be continued from August 12, 2008, to March 3, 2009, at 9:00 a.m. in Courtroom 2 of the above-entitled court, and the Pre-Trial Conference is continued to January 30, 2009, at 8:30 a.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:   April 24, 2008**            /s/ Anthony W. Ishii
                        UNITED STATES DISTRICT JUDGE