DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ. SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES,**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA 93301
PHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff, BRYCE J. MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, Jr., by and through his guardian ad litem, ALICIA MOORE, individually and as a Successor in Interest of JAMES W. MOORE, Decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.:  CIV F 05 01115 AWI SMS<br><br>**NOTICE OF PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, BJM, A MINOR**<br><br>[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(b)(2)]<br><br>DATE:          08/14/09<br>TIME:           9:00 a.m.<br>COURTROOM:  7 |

NOTICE OF PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM PLAINTIFF, BJM, A MINOR - 1

Settlement Conf. None Presently
Pre-Trial Conf.   5/25/07
Trial Date:          7/10/07

| | |
|---|---|
| BRYCE J. MOORE, by and through his guardian ad litem, MICHELLE TRIPP, individually and as a Successor in Interest of JAMES W. MOORE, Deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, and DOES 1 to 100, inclusive,<br><br>                    Defendants. | **Case No.: CIV F-06-00120 AWI SMS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 14, 2009, at 9:00 a.m., or as soon thereafter as the matter may be heard in courtroom 7 in the above-entitled court located at 2500 Tulare Street, Fresno, California, MICHELLE TRIPP, as guardian ad litem for plaintiff, BJM, a minor, will petition this Court for an order approving the compromise of plaintiff's claims against defendants.

The basis for this petition is that plaintiff, BJM, is a minor, and therefore lacks the capacity to bring and maintain this suit. As such, the settlement of this action must be approved by the Court pursuant to Local Rule 17-2020(b)(2).

The petition is based on this Notice, on the Petition for Order Approving Compromise of the Claim of Plaintiff, BJM, a Minor, etc., and the Declaration of MICHELLE TRIPP, served and filed concurrently herewith, on the records and files in this matter, and on such oral and documentary evidence as may be presented at the hearing of this petition.

DATED: June 16, 2009                    RODRIGUEZ & ASSOCIATES

By: _____
DANIEL RODRIGUEZ
MARSHALL S. FONTES
Attorneys for plaintiff, BJM,
a minor, by and through his guardian ad
litem, MICHELLE TRIPP

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF KERN

     I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 2020 Eye Street, Bakersfield, California 93301.

     On June 16, 2009, I served the foregoing document described as follows: NOTICE OF PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, BJM, A MINOR by placing the true copies thereof

_X_   by placing the original

addressed as follows: **SEE SERVICE LIST**

_X_  **BY MAIL:**  I caused such envelope to be deposited in the mail at Bakersfield, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

_____  **BY OVERNIGHT DELIVERY** - I caused such envelope it to be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person.

_____  **BY FACSIMILE** - I caused such document to be transmitted to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person.

_____  **BY PERSONAL SERVICE** - I delivered such envelope by hand to the office of the addressee during normal business hours.

     Executed on June 16, 2009, at Bakersfield, California.

_____  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_   (Federal) I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
MARYANN BARKER

## PROOF OF SERVICE LIST

| | |
|---|---|
| David K. Cohn, Esq.<br>CHAIN COHN STILES<br>1430 Truxtun Avenue<br>Bakersfield, CA 93301 | Attorneys for Plaintiffs, JAMES W. MOORE, Jr., by and through hi guardian ad litem ALICIA MOORE, individually and as a successor in Interest of James W. Moore, Decedent |
| Mark L. Nations, Chief Deputy<br>COUNTY OF KERN<br>Administrative Center<br>1115 Truxtun Avenue, Fourth Floor<br>Bakersfield, CA 93301 | Attorneys for Defendants, COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, MARK JIMENEZ MOSES ADAME and GREGORY COSSEL |
| Larry F. Peake, Esq.<br>WALL, WALL & PEAKE<br>1601 F Street<br>Bakersfield, CA 93303 | Attorneys for Defendants, JAIME TELLEZ, CLINTON MINOR and GREGORY MORGAN |
| Oliver U. Robinson, Esq.<br>ROBINSON & KELLAR<br>3434 Truxtun Avenue, Suite 150<br>Bakersfield, CA 93301 | Attorneys for Defendants, JULIAN TREVINO, LARRY GENE JOHNSON, and SHANNON HAIUNGS |
| William A. Bruce, Esq.<br>KLEIN, DENATALE, GOLDNER, et al.<br>4550 California Avenue, 2nd Floor<br>Bakersfield, CA 93309 | Attorneys for Defendants, ROXANNE FOWLER and ANGEL LOPEZ BRAVO |
| Louis D. Silver, Esq.<br>Larry Alan Katz, Esq.<br>CALIFORNIA ORGANIZATION OF POLICE & SHERIFFS<br>226 Airport Parkway, Ste. 650<br>San Jose, CA 95110 | Attorneys for Defendant, DANIEL LINDINI |
| Daniel L. Wainwright, Esq.<br>McCORMICK, BARSTOW, SHEPPARD, et al.<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA 93720 | Attorneys for Defendant, RALPH CONTRERAS |
| James D. Weakely, Esq.<br>WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP<br>1630 East Shaw Avenue, Suite 176 | Attorneys for Defendant, RANDALL HOLTZ |

Fresno, CA 93710

John A. Jurich, Esq.  
PATTERSON, LOCKWOOD, HARRIS, ET AL.  
5000 California Avenue, Suite 202  
Bakersfield, CA 93309

Attorneys for Defendants, JEFFREY COLBERT and MARCUS HUDGINS

Jay Jamieson, Esq.  
LAW OFFICE OF JAY JAMIESON  
1107 Beckenham Pkwy  
Bakersfield, CA 93311

Attorney for Defendant, LISA DIANE ROMERO