1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad litem, ALICIA MOORE, individually and as successor in interest of James W. Moore, deceased, et. al,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF KERN, et. al,<br><br>　　　　　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS<br>_____ | 1:05-CV-1115  AWI SMS<br><br>(Consolidated with:<br>CV F 06-0120 OWW SMS)<br><br>ORDER VACATING JULY 31, 2009 PRE-TRIAL CONFERENCE DATE |

　　　Trial in this matter is currently set for October 6, 2009.  See Court's Docket Doc. No. 189.  The pre-trial conference is currently set for July 31, 2009.  See id.  By local rule, a joint pre-trial statement was due on July 24, 2009.  See Local Rule 16-281(a)(2).  As of the signing of this order, no pre-trial statements have been filed.  Without a joint pre-trial statement, the productivity of a pre-trial conference is severely undermined.  Because the parties have not followed the local rules, the Court must move the pre-trial conference date.

　　　The Court realizes that there is pending a proposed settlement with Plaintiff Bryce Moore.  The Court also realizes that some of the Defendants are being criminally prosecuted.  Nevertheless, the deadlines that the Court sets are important, especially in a complex case such as

this involving numerous defendants and cross-claims.  If current deadlines are untenable, including the pre-trial conference, then the parties must inform the Court in a timely fashion and explain the difficulty.  The Court is willing to work with the parties.   However, the Court expects its orders and deadlines to be followed, otherwise sanctions may well be in order.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 31, 2009, pre-trial conference is VACATED;
2. The pre-trial conference is RE-SET to August 11, 2009, at 8:30 a.m.;
3. The parties shall submit a joint pre-trial statement on or by 10:00 a.m. on August 3, 2009;
4. If the current dates and deadlines are untenable, the parties may file a joint agreement to continue the trial date (including the reasons for vacating the trial date) on or by 10:00 a.m. on August 3, 2009.

IT IS SO ORDERED.

**Dated:     July 27, 2009**           　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE