OFFICE OF KERN COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Mark L. Nations, Chief Deputy (Bar # 101838)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800

Attorney for Defendants, County of Kern, et al.
and Cross-Defendant County of Kern

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, Jr., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS, and DOES 1 - 100, inclusive,<br><br>Defendants.<br><br>And Related Cross-Action | CASE NO.1:05-CV-01115 AWI SMS<br>(Consolidated with Case No. 1:06-CV-00120 AWI SMS)<br><br>STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES; ORDER |

    Plaintiffs by and through their counsel of record and all defendants by and through their counsel of record stipulate as follows:

    1. The parties have entered into a global settlement of this litigation.  Plaintiffs are

engaged in the process of securing court approval of the proposed minors' compromises.

2. All parties but three have signed the settlement agreement and release documents. The three who have yet to sign the settlement agreement and release are: Roxanne Fowler, Angel Lopez Bravo and Ralph Contreras. Procurement of their signatures is still being pursued.

3. There is still pending a criminal prosecution of three of the defendants: Fowler, Lindini and Contreras.

4. Given the settlement of the case and pending criminal prosecution, the parties agree that the current pre-trial and trial dates are untenable and, assuming the settlement is approved by the court and the remaining parties, will prove to be unnecessary.

5. Therefore, the parties agree that the current pre-trial date of August 11, 2009 may be postponed to January 12, 2010 or whatever other date is selected by the court in light of this stipulation and current status of the case.

6. The parties further agree that the current trial date of October 6, 2009 may be postponed to March 2, 2010 or whatever other date is selected by the court in light of this stipulation and current status of the case.

7. The parties agree that this stipulation may be signed in counterpart.

Dated: July 29, 2009           OFFICE OF KERN COUNTY COUNSEL


By /s/ Mark L. Nations
   Mark L. Nations, Chief Deputy
   Attorney for Defendants, County of Kern, Kern
   County Sheriff's Dept., Sheriff Mack Wimbish,
   Moses Adame, Gregory Cossel and Mark
   Jimenez

Dated: July 30, 2009           RODRIGUEZ & ASSOCIATES


By  /s/ Marshall Scott Fontes for
   Daniel Rodriguez, Esq.
   Attorney for Plaintiffs Bryce J. Moore, by and
   through his guardian ad litem Michelle Tripp,
   individually and as a successor in interest
   of James W. Moore, Deceased

Dated: July 30, 2009               CHAIN YOUNGER, et al.


By  /s/ David K. Cohn
    David K. Cohn, Esq.
    Attorney for Plaintiffs James W. Moore, Jr.,
    by and through his guardian ad litem Alicia
    Moore, individually and as a successor in
    interest of James W. Moore, Decedent

Dated: July 29, 2009               ROBINSON & KELLAR


By  /s/ Oliver U. Robinson
    Oliver U. Robinson, Esq.
    Attorney for Defendants, Shannon Haiungs,
    Larry Johnson and Julian Trevino

Dated: July 30, 2009               WALL, WALL & PEAKE


By /s/ Larry F. Peake
    Larry F. Peake, Esq.
    Attorney for Defendants, Gregory Morgan,
    Jaime Tellez and Clinton Minor

Dated: July 29, 2009               PATTERSON, RITNER, LOCKWOOD, et al.


By  /s/ John A. Jurich
    John A. Jurich, Esq.
    Attorney for Defendants Jeffrey Colbert and
    Marcus Hudgins

Dated: July 30, 2009               KLEIN, DENATALE, GOLDNER, et al.


By  /s/ Ned E. Dunphy for
    William A. Bruce, Esq.
    Attorney for Defendants Roxanne Fowler and
    Angel Lopez Bravo

Dated: July 29, 2009               CALIFORNIA ORGANIZATION OF POLICE AND
                                   SHERIFFS

By  /s/ Larry Alan Katz
    Larry Alan Katz, Esq.
    Louis D. Silver, Esq.
    Attorney for Defendant Daniel Lindini

| | |
|---|---|
| Dated: July 29, 2009 | McCORMICK, BARSTOW, SHEPPARD, et al. |
| | By /s/ Daniel L. Wainwright<br>Daniel L. Wainwright, Esq.<br>Attorney for Defendant Ralph Contreras |
| Dated: July 29, 2009 | WEAKLEY, RATLIFF, ARENDT et al. |
| | By /s/ James Arendt for<br>James D. Weakley, Esq.<br>Attorney for Defendant Randall Holtz |
| Dated: July 30, 2009 | LAW OFFICES OF JAY JAMIESON |
| | By /s/ Jay Jamieson<br>Jay Jamieson, Esq.<br>Attorney for Defendant Lisa Romero |

## ORDER

The parties having stipulated thereto and good cause appearing therefor, IT IS HEREBY ORDERED:

The scheduling order currently in effect in these consolidated cases shall be modified as follows:

1. The Pre-Trial Conference is hereby continued to January 12, 2010.

2. The Trial date is hereby continued to March 2, 2010.

IT IS SO ORDERED.

**Dated:   August 3, 2009**              /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE