DAVID K. COHN, ESQ. (SBN 68768)
CHAIN | COHN | STILES
1430 TRUXTUN AVENUE
BAKERSFIELD, CA  93301
PHONE:  (661) 323-4000  FAX:   (661) 324-1352

Attorneys for Plaintiff, JAMES W. MOORE, JR.


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>    Plaintiff,<br>  vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SHERIFF MACK WIMBISH; DANIEL THOMAS LINDINI; RALPH CONTRERAS; ROXANNE FOWLER; ANGEL LOPEZ BRAVO; LISA DIANE ROMERO; RANDALL HOLTZ; JULIAN TREVINO; LARRY GENE JOHNSON; GREGORY MORGAN; SHANNON HAIUNGS; JAIME TELLEZ; MARK JIMENEZ; MOSES ADAME; CLINTON MINOR; GREGORY COSSEL; JEFF COLBERT; MARCUS HUDGINS; and DOES 1 to 100, inclusive,<br><br>    Defendants.<br><hr><br>AND CONSOLIDATED ACTION. | **Case No:  1:05-cv-01115 AWI-SMS (Consolidated with Case No. CIV F-06-00120 AWI LJO)**<br><br>**<u>AMENDED</u> PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR., A MINOR; DECLARATION OF ALICIA MOORE WHITAKER**<br><br>**[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(b)(2)]**<br><br>**DATE:  9/25/09**<br>**TIME:  9:30 A.M.**<br>**COURTROOM: 7**<br><br><br>Settlement Conf:  None Presently<br>Pre-Trial Conf.:  August 11, 2009<br>Trial Date:   October 6, 2009 |

///

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

1

Petitioner, ALICIA MOORE WHITAKER, hereby submits the following <u>Amended</u> Petition for Order Approving Compromise of the Claim of Plaintiff, JWM a Minor.

**1.      Petitioner:**

ALICIA MOORE WHITAKER (hereinafter "petitioner") is the mother and guardian ad litem of plaintiff, JWM, a minor.

**2.      Plaintiff:**

Plaintiff, JWM, is the petitioner's sixteen (16) year old son and resides with petitioner at 2301 Arlana Street, Bakersfield, California. Plaintiff's date of birth is October 15, 1992. Plaintiff is a minor and will not attain the age of majority until October 15, 2010. Accordingly, plaintiff is unable to represent himself in this matter.

**3.      Petitioner's Status:**

Petitioner is not a plaintiff in a suit arising out of the same incident which forms the basis of the present action and is not a claimant against the recovery of plaintiff, JWM.

**4.      <u>Nature of the Incident Upon Which Settlement is Based:</u>**

This litigation involves claims under federal and state law arising out of the alleged beating death of plaintiff's father, James Moore, by various members of the Kern County Sheriff's Department, while he was being incarcerated at the County of Kern's downtown jail in Bakersfield, California during the evening of August 15, 2005 and early morning hours of August 16, 2005.

On August 15, 2005, Mr. Moore was arrested at approximately 5:50 p.m. by Kern County Sheriff's Deputy Ryan Williams for allegedly making terroristic threats. Officer Williams transported Mr. Moore to the Central Receiving Facility (C.R.F.) in downtown Bakersfield and turned custody of Mr. Moore over to the Kern County

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

2

detention officers working at C.R.F. During the course of the next eight hours, Mr. Moore was subjected to several beatings, for allegedly resisting officers' efforts to control him.

**A.      Allegations re: Dress-out Room incident:**

Plaintiff has alleged that during that evening, Detention Officers Lindini and Minor, escorted Mr. Moore to the dress-out room on A-Deck at C.R.F. in order to have him change into jail clothing. During the dress out process, Detention Officer Lindini ordered Mr. Moore to undress and to fasten a classification wrist band onto his left wrist. When Mr. Moore responded with a blank stare, mumbling incoherently, the Detention Officers grabbed him and forcefully took him to the floor. The Detention Officers called a "code red". A number of additional Detention Officers rushed to the dress-out area. These included Contreras, Bravo, Trevino, Morgan, Hauings, Tellez, Romero, Jimenez and Sgt. Holtz. Detention Officer Cossel pepper sprayed Mr. Moore. Sergeant Holtz applied a choke hold (called a carotid hold) on Mr. Moore. Detention Officer Romero punched Mr. Moore in the groin, stomach and neck. Detention Officer Contreras knee dropped Mr. Moore, in the back, from a standing position. Detention Officer Lindini punched Mr. Moore in the head. According to every witness, Mr. Moore never tried to hit, punch, kick or bite any officer throughout this ordeal. After this incident, blood was coming out of one of Mr. Moore's ears, his nose and his mouth. Mr. Moore's face was swollen and one of his teeth was knocked out.

**B.      Allegations re: Garage incident:**

Because Sgt. Holtz had applied a carotid artery hold to Mr. Moore, he was

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

3

required by departmental policy to send Mr. Moore to the hospital to be examined. Sgt. Holtz ordered Detention Officers Contreras and Johnson to suit up in order to transport Mr. Moore to the hospital. Approximately fourteen Detention Officers escorted Mr. Moore, still restrained with waist chains, handcuffs and leg irons, into the underground garage of the jail to transport him to the hospital.

While in the garage, the Detention Officers tried to place Mr. Moore into a patrol vehicle. However, Mr. Moore did not want to go to the hospital and would not get in the car. In response, Detention Officer Angel Bravo kneed Mr. Moore twice in the back. Another Detention Officer knocked Mr. Moore to the ground with a leg sweep. Detention Officer Roxanne Fowler ran up and kicked Mr. Moore twice in the face and once in the chest as he lay on the ground. Detention Officer Bravo then jumped on Mr. Moore's back and punched him in the kidneys. Sgt. Holtz struck Mr. Moore several times with a baton. The Detention Officers then tried dragging Mr. Moore to the patrol car, pulling and pushing him into the rear passenger compartment, without success. Ultimately, they decided to call an ambulance and have Mr. Moore placed on a gurney for transport to the hospital. Members of the Kern County Fire Department and Hall Ambulance responded to the jail garage to assist in the transport of Mr. Moore. Approximately 8 to 10 detention officers lifted Mr. Moore from where he laid on the ground onto a lowered ambulance gurney. At the time that Mr. Moore was placed on the gurney, his hands were in handcuffs, and the handcuffs were hooked to chains wrapped around his waist. There were also leg irons shackled around his feet.

When Mr. Moore was placed on the gurney, he started to twist and lift his feet. At that point, the Detention officers started beating Mr. Moore "from all directions",

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

4

according to the rescue personnel at the scene. Detention Officer Lisa Romero repeatedly punched Mr. Moore's groin with both fists, "like it was a speed bag". Detention Officer Contreras used one hand to hold Mr. Moore's head down, and with his other hand repeatedly punched Mr. Moore in the head. Contreras jammed his hand and arm over Mr. Moore's mouth and nose. Detention Officer Lindini pressed his left forearm against Mr. Moore's throat and trachea.

Suddenly, Mr. Moore stopped moving and the rescue personnel realized that he was not breathing and had no pulse. CPR and advanced life support measures were administered. Mr. Moore was transported to Mercy Hospital where he remained on life support until he died on August 21, 2005.

C.   **Plaintiffs Theories of Liability:**

Plaintiff's complaint alleges causes of action for: (1) violation of the 4th and 14th Amendments; (2) substantive Due Process violations; (3) wrongful death under California law (4) assault and battery under California law; (5) negligence and negligent infliction of emotional distress under California law; (6) intentional infliction of emotional distress under California law; and (7) invasion of privacy under California law.

5.   **Damages Sustained by Plaintiff:**

James Moore was thirty years old at the time that he died. At the time of his arrest, Mr. Moore was the sole means of support for plaintiff, JWM. Plaintiff JWM has suffered damages for the violation of his constitutional right to a familial relationship with his father, the loss of his father's financial support, as well as, the loss of the love, comfort, affection, society and companionship that he would have shared with his

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

5

father.

### 6.   Plaintiff's Attorneys:

Plaintiff and petitioner are represented in this matter by David K. Cohn of the law firm of CHAIN | COHN | STILES, who prepared this petition.

(a) Mr. Cohn did not become concerned with this matter, directly or indirectly, at the request of the parties against whom the claim is asserted or a party's insurance carrier and he has not received, and does not expect to receive, any compensation for his services in connection herewith from any person other than the party whom he represents as herein stated.

(b) Mr. Cohn is not representing, and is not employed by, any other party or any insurance carrier involved in this matter.

(c) Mr. Cohn and petitioner have an agreement for services provided in connection with this matter.

(d) Mr. Cohn has not yet received any attorney fees or other compensation for services provided in connection with this matter. Mr. Cohn expects to receive attorney fees of twenty-five percent (25 %) of the total settlement, plus costs upon approval of the settlement by the Court.

### 7.   Amount and Terms of Settlement:

(a)     As a result of the aforementioned occurrences, plaintiff, JWM, has a disputed claim for damages against defendants, Defendants COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, former SHERIFF MACK WIMBISH, KERN COUNTY DETENTION OFFICERS, GREG COSSEL, MOSES ADAME,

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

6

MARK JIMENEZ, CLINTON MINOR, GREGORY MORGAN, SHANNON HAUINGS, LARRY JOHNSON, JULIAN TREVINO, LISA ROMERO, ANGEL BRAVO, ROXANNE FOWLER, RALPH CONTRERAS and DANIEL LINDINI, SENIOR DETENTION OFFICER, JAIME TELLEZ, DETENTION SERGEANT, RANDAL HOLTZ and KERN COUNTY SHERIFF DEPUTIES, JEFF COLBERT and MARCUS HUDGINS, all of whom deny liability.

(b)     The parties to this action proceeded to a voluntary mediation before Robert Kaplan, Esq., on July 10, 2007 and again on April 9, 2009. At the most recent session of mediation, the defendants offered $3,025,000.00 in consideration of a full and final release and discharge of and from all claims, charges, and demands of plaintiff, JWM, against all parties and arising from said incident.

(c)     It is proposed that the sum of $911,543.34 be paid to CHAIN | COHN | STILES for the payment of attorney fees, costs, and reasonable expenses as set forth in Paragraph 8 below.

(d)     It is proposed that the remaining balance of $2,113,456.66 be distributed in the following method:

(i)     It is proposed that $2,000,000.00 be paid for the purchase of an annuity on behalf of plaintiff, JWM, with a guaranteed benefit of $3,505,547.75 and an expected benefit of $9,317,496.40, as more fully described in the Settlement Proposal attached hereto as Exhibit "A". The parties have arranged for the purchase of a tax-free structured settlement annuity policy for JWM from New York Life Insurance Company and Pacific Life and Annuity Company through Bryan Milner of Millennium Settlements.

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

7

The defendants shall execute a Settlement Agreement and Release and execute a "Qualified Assignment" of their obligation to make periodic payments pursuant thereto in compliance with I.R.C. Section 104(a)(2) and Section 130(c) of the Internal Revenue Code of 1986, as amended. Said assignment shall be made to New York Life Insurance Company and Annuity Company and Pacific Life and Annuity Services, Inc., ("Assignee"). Upon doing so, the defendants will no longer be obligated to make further periodic payments and the Assignee will be the plaintiff's sole obligor with respect to the future periodic payments. Assignee shall purchase a structured settlement annuity for $2,000,000.00 through New York Life Insurance Company, which is rated A++, XV through A.M. Best Insurance Rating Service and Pacific Life and Annuity Company, which is rated A+, XV through A.M. Best Insurance Rating Service. The payments shall be assigned to New York Life Insurance Company and Annuity Company and Pacific Life and Annuity Services, Inc., by way of a Qualified Assignment by the Defendant's Insurer; the payments will be guaranteed through the issuance of a Letter of Guarantee from New York Life Insurance Company and Pacific Life and Annuity Company assumed under the Qualified Assignment. In accordance with the structured settlement agreement, the assignee will fund the obligation to make payments through the purchase of an Annuity from New York Life Insurance Company and Pacific Life and Annuity Company. Said annuity shall provide guaranteed periodic payments (subject to annuity rates in effect at the time of purchase) made according to the schedule found in the Settlement Proposal attached hereto as Exhibit "A".

No part of the said $2,000,000.00 may be paid to the petitioner, ALICIA MOORE WHITAKER, and this court having determined that a tax-free structured settlement is in the best interest of the minor, JWM, by and through his guardian ad litem, ALICIA

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

8

MOORE WHITAKER, is authorized to settle this claim on behalf of JWM and receive and negotiate funds on behalf of the minor. No bond shall be required of JWM, by and through his guardian ad litem, ALICIA MOORE WHITAKER. Receipt of purchase of annuity is to be filed with the Court within sixty (60) days.

(ii) It is proposed that the remaining balance of $112,906.66 be deposited in an insured account, in the name of ALICIA MOORE WHITAKER mother and JAMES W. MOORE, JR., minor son, at Wells Fargo Bank, Downtown Branch, located at 1300 22nd Street, Bakersfield, California, subject to withdrawal by ALICIA MOORE WHITAKER for the use and benefit of JAMES W. MOORE JR., until his 18th birthday which shall occur on October 15, 2010, at which time any remaining balance in the account shall become the property of JAMES W. MOORE, JR.

(iii)  Payment in the sum of $550.00 to David Atkins, MS, MFT, 2012 E Street, Bakersfield, California, for care and treatment provided to plaintiff, JWM, arising from the subject matter.  Attached please find a copy of the medical records and billing records of JWM from David Atkins, MS, MFT, attached hereto as Exhibit "B".

8.   **Attorney's Fees and Expenses:**

The following expenses have been incurred or paid and are reasonable, resulted from said incident, and should be paid from the proceeds of the proposed settlement, as follows:

Attorney fees (25% of $3,025,000.00) ................................ $756,250.00

Costs (See Itemization attached as Exhibit "C") ................. $155,293.34

TOTAL FEES AND EXPENSES ............................................. $911,543.34

9.   Petitioner has made a careful and diligent inquiry and investigation to

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

9

ascertain the facts relating to said incident. Petitioner fully understands that if the

compromise herein proposed is approved by the Court and is consummated,

plaintiff, JWM, will be forever barred and prevented from seeking any further

compensation.

10.   Petitioner hereby recommends this compromise settlement to the Court

as being fair, reasonable, and in the best interest of plaintiff, JWM.

11.   Upon the payment of the sums indicated herein to be immediately paid on

behalf of plaintiff, JWM, petitioner requests that she be authorized and directed to

execute and deliver to defendants a full, complete, and final release and discharge of and

from any and all claims and demands of herself and plaintiff, JWM, by reason of the incident

described herein and resulting injuries or damages.

WHEREFORE, petitioner prays that the Court make its order approving said

compromise, and for such other and further order as the Court may deem reasonable

and proper under the circumstances.

DATED: August 24, 2009

DAVID K. COHN
Attorney for plaintiff, JWM, a
minor by and through his guardian ad litem,
ALICIA MOORE WHITAKER

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

## DECLARATION OF ALICIA MOORE WHITAKER

I, ALICIA MOORE WHITAKER, declare:

I am the petitioner in the above-entitled matter and have read the foregoing <u>Amended</u> petition for an order approving the compromise of the claim of JWM, a minor, and know the contents thereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true of my own knowledge except as to those matters therein stated upon information and belief, and as to those matters I believe them to be true.

Executed this 24th day of August 2009 at Bakersfield, California.


ALICIA MOORE WHITAKER

PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W. MOORE, JR.

11

**EXHIBIT A**



# MILLENNIUM
### SETTLEMENT CONSULTING

## CHOSEN SETTLEMENT PROPOSAL

### JAMES W. MOORE
Date of Birth:  October 15, 1992
Purchase Date:  July 28, 2009

Chosen Proposal

|  | Cost | Guaranteed Benefits | Projected Benefits |
|---|---|---|---|
| **New York Life Insurance Company** <br> Rated A++, XV by A.M. Best | | | |
| **Guaranteed Lifetime Monthly Benefit with Increase** | | | |
| $3,843.85 per month for the life of James Moore, Jr., guaranteed 25 years, beginning at age 25 (on October 15, 2017), increasing at 3 % compounding annually. The last guaranteed payment will be made on September 15, 2042.  Payments cease at the later of (1) the death of James Moore, Jr., or (2) the completion of 25 years. | | | |
| IRR: 5.12% | | | |
| **Total for New York Life Insurance Company** | $1,000,000.00 | $1,681,727.32 | $5,405,103.79 |
| **Pacific Life and Annuity Company** <br> Rated A+, XV by A.M. Best | | | |
| **Guaranteed Lifetime Monthly Benefit with Increase** | | | |
| $2,156.15 per month for the life of James Moore, Jr., guaranteed 25 years, beginning at age 25 (on October 15, 2017), increasing at 3 % compounding annually. The last guaranteed payment will be made on September 15, 2042.  Payments cease at the later of (1) the death of James Moore, Jr., or (2) the completion of 25 years. | | | |
| | $584,325.00 | $943,339.71 | $3,031,911.89 |

**This quote has been locked-in.**
This quote is not valid if the date of birth or gender is incorrect.
*Life Expectancy information obtained from Lawyers & Judges Publishing Co. 2009.
*Prepared on July 10, 2009.*

Prepared By:  Bryan Milner, Millennium Settlements
3500 Financial Plaza, Tallahassee, FL 32312
(800) 573-8853; Fax (850) 894-1110



# MILLENNIUM
## SETTLEMENT CONSULTING

### CHOSEN SETTLEMENT PROPOSAL

**JAMES W. MOORE**
Date of Birth:  October 15, 1992
Purchase Date:  July 28, 2009

| | Cost | Guaranteed Benefits | Projected Benefits |
|---|---|---|---|
| **Guaranteed Semi-Annual Benefits** | | | |
| $15,000.00 semiannually, guaranteed 5 years, beginning at age 18 (on October 15, 2010).  The last payment will be made on April 15, 2015. | $140,040.00 | $150,000.00 | $150,000.00 |
| **Guaranteed Monthly Benefits** | | | |
| $2,000.00 per month, guaranteed 5 years, beginning at age 18 (on October 15, 2010).  The last payment will be made on September 15, 2015. | $111,352.00 | $120,000.00 | $120,000.00 |
| **Guaranteed Lump Sum Benefits** | | | |
| $25,000.00 guaranteed lump sum payable at age 21 (on October 15, 2013). | $22,817.00 | $25,000.00 | $25,000.00 |
| $50,000.00 guaranteed lump sum payable at age 30 (on October 15, 2022). | $30,058.00 | $50,000.00 | $50,000.00 |
| $75,000.00 guaranteed lump sum payable at age 40 (on October 15, 2032). | $28,830.00 | $75,000.00 | $75,000.00 |
| $100,000.00 guaranteed lump sum payable at age 50 (on October 15, 2042). | $24,442.00 | $100,000.00 | $100,000.00 |
| $360,480.72 guaranteed lump sum payable at age 60 (on October 15, 2052). IRR: 4.80% | $58,136.00 | $360,480.72 | $360,480.72 |
| **Total for Pacific Life and Annuity Company** | **$1,000,000.00** | **$1,823,820.43** | **$3,912,392.61** |
| **TOTAL** | **$2,000,000.00** | **$3,505,547.75** | **$9,317,496.40** |

**This quote has been locked-in.**
This quote is not valid if the date of birth or gender is incorrect.
*Life Expectancy information obtained from Lawyers & Judges Publishing Co. 2009.
*Prepared on July 10, 2009.*

Prepared By:  Bryan Milner, Millennium Settlements
3500 Financial Plaza, Tallahassee, FL 32312
(800) 573-8853; Fax (850) 894-1110

**EXHIBIT B**

**DAVID ATKINS, M.S.**
INDIVIDUAL, FAMILY, COUPLE COUNSELING
2012 "E" Street, Bakersfield, CA  93301-4223
(661) 325-3033; FAX (661) 325-3030



April 2, 2006

Mr. David Cohn
1430 Truxtun Ave.
P.O. Box 2348
Bakersfield, CA  93303

Dear Mr Cohn,

Having been requested to provide counseling services for James Moore (DOB 10/15/92;
File No. 64177.01), I am submitting the following statement for counseling sessions:

        12/5/05 - Initial Assessment, 50 min. - $100
        12/19/05 - Psychotherapy, 50 min. - $90
        1/10/06 - Psychotherapy, 50 min.  - $90
        1/19/06 - Psychotherapy, 50 min. - $90
        1/26/06 - Psychotherapy, 50 min. - $90
        2/9/06 - Psychotherapy, 50 min. - $90

        Total:   $550.

Please make payment to:        David Atkins, M.S.
                               2012 "E" St.
                               Bakersfield, CA  93301-4223

TAX ID:  544462346

Sincerely,

David Atkins, M.S.
MFT 32068



01/04/2007  00:05   6613253030                                            PAGE  03/

PLEASE
DO NOT
STAPLE
IN THIS
AREA

# HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | PICA |

1. MEDICARE ☒ (Medicare #)  MEDICAID ☒ (Medicaid #)  CHAMPUS (Sponsor's SSN)  CHAMPVA (VA File #)  GROUP HEALTH PLAN (SSN or ID)  FECA BLK LUNG (SSN) ☒  OTHER ☒ (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITE

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
MOORE  JAMES

3. PATIENT'S BIRTH DATE  10 15 1992  SEX M ☒ F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
MOORE  JAMES

5. PATIENT'S ADDRESS (No., Street)
4330 FJORD ST.

6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse Child Other

7. INSURED'S ADDRESS (No., Street)
4330 FJORD ST.

CITY BAKERSFIELD  STATE CA

8. PATIENT STATUS  Single ☒ Married Other

CITY BAKERSFIELD  STATE CA

ZIP CODE 93309 0000  TELEPHONE (661) 397 1657

Employed  Full-Time Student  Part-Time Student ☒

ZIP CODE 93309 0000  TELEPHONE (661) 397 165

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES NO

a. INSURED'S DATE OF BIRTH 10 15 1992  SEX M ☒ F

b. OTHER INSURED'S DATE OF BIRTH  SEX M F

b. AUTO ACCIDENT? YES NO ☒ PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
SELF

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO If yes, return to and complete item 9 &

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED SIGNATURE ON FILE  DATE 12 05 2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY 12 05 2005

16. DATES PATIENT UNABLE TO WORK FROM TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

18. HOSPITALIZATION DATES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  1. 296.23

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| DATE(S) OF SERVICE From | | To | | | Place | Type | PROCEDURES, SERVICES CPT/HCPCS MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS UNITS | EPSDT | EMG | COB | RESERVED LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 05 2005 | | 12 05 2005 | | | 11 | Q | 90801 | | 100 00 | 1 | | | | |
| 12 19 2005 | | 12 19 2005 | | | 11 | Q | 90806 | | 90 00 | 1 | | | | |
| 01 10 2006 | | 01 10 2006 | | | 11 | Q | 90806 | | 90 00 | 1 | | | | |
| 01 19 2006 | | 01 19 2006 | | | 11 | Q | 90847 | | 90 00 | 1 | | | | |
| 01 26 2006 | | 01 26 2006 | | | 11 | Q | 90806 | | 90 00 | 1 | | | | |
| 02 09 2006 | | 02 09 2006 | | | 11 | Q | 90806 | | 90 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER 544 46 2346 ☒ SSN EIN

26. PATIENT'S ACCOUNT NO. 021494

27. ACCEPT ASSIGNMENT? YES ☒ NO

28. TOTAL CHARGE $ 550 00

29. AMOUNT PAID $ 0 00

30. BALANCE $ 550

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
DAVID W. ATKINS  MFT
SIGNED 01 04 2007

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
DAVID M. ATKINS
2012 E. STREET
BAKERSFIELD CA 93301 4223
661 325 3033
PIN# GRP#

PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500
Printed on Recycled Paper  APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001

### DAVID ATKINS, M.S.
#### INDIVIDUAL, FAMILY, COUPLE COUNSELING
2012 "E" Street, Bakersfield, CA  93301-4223
(661) 325-3033; FAX (661) 325-3030

April 2, 2006

Janet Decker
Medical Secretary to David Cohn
1430 Truxtun Ave.
P.O. Box 2348
Bakersfield, CA  93303

Dear Ms. Decker,

It recently came to my attention that I had not responded to your request for medical
records indicating my findings for James Moore (DOB 10/15/1992), the diagnosis, the
treatment afforded and the prognosis.  I apologize for not getting this information to you
more quickly.

Diagnosis: Major Depression, Single Episode, Severe.  This is based on his symptoms of a
depressed mood, a deep sadness, irritability, anger, and agitation.  These are typical
symptoms of depression in children, indicating a sense of powerlessness.

Treatment:  Individual and family counseling; focus on grief work; the verbal expression of
feelings; ways to restructure thinking, refocus behavior, and claim a personal sense of
power in his life.

Prognosis:  Because of strong family support, a high intelligence, a sense of personal
motivation, Mr. Moore is likely to be able to return to normal functioning.  It is highly
recommended that he continue in therapy for the next six months to a year to work
through his father's death and adjust to the high media profile of this case.

Sincerely,

David Atkins, M.S.
MFT 32068

ENTERED
4-11-06

# DAVID ATKINS, M.S.

### INDIVIDUAL, FAMILY, COUPLE COUNSELING
2012 "E" Street, Bakersfield, CA  93301-4223
(661) 325-3033; FAX (661) 325-3030

1/4/07

Chain, Younger, Cohn, + Stiles
P.O. Box 2348
Bakersfield, CA  93303

To whom it may concern:

James W. Moore, Sr, was seen in therapy six
times, December 5, 2005 through February 9,
2006 to deal with the trauma sustained
due to his father's sudden death. He was
experiencing severe depression and was
treated for such. Diagnosis code: 296.23,
Major Depression, Single Episode, Severe.
I have enclosed the billing form for the
six sessions, the total being $550. There
has been no payment made for the services
rendered, so the balance due is $550.

Sincerely,

~~~~~~~~, M.S.

David Atkins, M.S.
MFT 32068

**EXHIBIT C**

Moore v. County of Kern

Case Costs

| | |
|---|---:|
| Keleher's Certified Court Reporters (Copy Service/ Depositions) | $ 10,429.25 |
| Tina Kolosky (Court Reporter) | $ 319.75 |
| Chain Younger et. al (Petty cash for report) | $ 10.75 |
| Esquire Deposition Services (Depositions) | $ 3,924.33 |
| Lawst N' Found (Investigations) | $ 3,012.50 |
| David Atkins, M.S. (Expert Fees) | $ 50.00 |
| Attorney's Diversified Services (Copy Service) | $ 73.78 |
| Quest Imaging (Medical Records) | $ 45.00 |
| Pacer Service Center | $ 52.32 |
| Appleby & Company (Copy Service) | $ 772.83 |
| Worldwide Express | $ 154.56 |
| Federal Express | $ 619.59 |
| Sylvia Mendez & Associates (Depositions) | $ 15,026.10 |
| Jay E. Fisher, Ph. D. (Expert Fees) | $ 2,120.00 |
| Teensavers, Inc. (Expert Fees) | $ 6,975.00 |
| Donnette Lancaster (Spanish Interpreter) | $ 150.00 |
| Lilia Ortiz (Spanish Interpreter) | $ 350.00 |
| Kathy Foster (Court Reporter) | $ 310.00 |
| County of Kern (Copies/ Filing Fees) | $ 759.50 |
| Donna Siers, Inc. (Expert Fees) | $ 9,940.00 |
| Judicate West (Mediations) | $ 7,326.67 |
| Werner U. Spitz, M.D. (Expert Fees) | $ 22,943.00 |
| Rodriguez & Associates (Reimbursement for Depositions) | $ 17,627.00 |
| Jay N. Schapira, M.D. (Expert Fees) | $ 22,797.50 |
| David Spiegel, M.D. (Expert Fees) | $ 12,400.00 |
| Paulson Reporting & Litigation (Depositions) | $ 821.20 |
| Paul Mills (Copy of documents) | $ 64.50 |
| Vincent J.M. DiMaio, M.D. (Deposition) | $ 1,750.00 |
| Talty Court Reporters (Depositions) | $ 976.75 |
| Gradillas Court Reporters (Depositions) | $ 583.05 |
| Social Security Administration (James Moore's Earning Records) | $ 55.25 |
| Travel/ Mileage Expenses | $ 2,139.42 |
| Citibank (Costs for hotel, and meals for depositions) | $ 3,615.49 |
| Wells Fargo (Costs for airfare, hotel, meals for depos and experts) | $ 3,180.97 |
| Miscellaneous Costs of Postage, Photocopy, Phone & Fax | $ 3,917.28 |

Total:                                                                 $155,293.34

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 1430 Truxtun Avenue, Bakersfield, California 93301. On August __ 2009, I served the document named below on the parties in this action as follows:

DOCUMENT SERVED:          **AMENDED** PETITION FOR ORDER APPROVING
                          **COMPROMISE OF THE CLAIM OF PLAINTIFF, JAMES W.**
                          **MOORE, JR., A MINOR; DECLARATION OF ALICIA**
                          **MOORE**

SERVED UPON:              **SEE ATTACHED SERVICE LIST**

✓   U.S. MAIL: I placed such envelope(s) on the above date, with postage fully prepaid, for deposit in the U.S. Postal Service at my place of business at Bakersfield, California, following the ordinary business practices of my place of business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mail with the U.S. Postal Service. Under that practice, such correspondence is deposited with the U.S. Postal Service the same day it is collected and processed in the ordinary course of business.

☐   E-MAIL: I served said document via e-mail transmission to the addresses listed in the attached service list.

☐   EXPRESS MAIL: I deposited the above document in a sealed envelope(s), with postage prepaid, [____ marked Express Mail] with the United State Postal Service. *(Code of Civ. Proc. §1013, et seq.)*

☐   PERSONAL SERVICE: I caused the above-described document to be delivered by hand to the address(es) listed above. *(Code of Civ. Proc. §1011)*

☐   FACSIMILE: I served the foregoing document on the interested parties listed in the service list by facsimile transmission from (661) 324-1352. The facsimile transmission was reported as complete without error, and a copy of the transmission report as properly issued by the transmitting facsimile machine is attached hereto. *(Code of Civ. Proc. §1013, et seq.)*

☐   STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

✓   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on ___8·25·09___ at Bakersfield, California.

_____
HANA TARIN, CLA

*JAMES MOORE, JR. vs. COUNTY OF KERN, et al.*
U.S. District Court Case No.: 1:05-CV-01115 AWI-LJO
*BRYCE J. MOORE v. COUNTY OF KERN, et al.*
U.S. District Court Case No.:  1:06-CV-00120-OWW-SMS

ATTORNEY                                                                      PARTY

Daniel A. Rodriguez, Esq.                          Plaintiff, BRYCE J. MOORE,
RODRIGUEZ & ASSOCIATES                   a minor
2020 Eye Street
Bakersfield, CA  93301
Telephone:  (661) 323-1400
Facsimile:  (661) 323-0132
Email:  postmaster@rodriguezlaw.net


Mark L. Nations, Esq.                               Defendant, COUNTY OF KERN,
KERN COUNTY COUNSEL                     KERN COUNTY SHERIFF'S
1115 Truxtun Avenue, Fourth Floor          DEPARTMENT, MACK WIMBISH
Bakersfield, CA  93301                             MOSES ADAME, GREGORY
Telephone:  (661) 868-3818                       COSSEL, MARK JIMENEZ
Facsimile:  (868-3805
Email:  mnations@co.kern.ca.us


Oliver U. Robinson, Esq.                           Defendants, JULIAN TREVINO,
ROBINSON & KELLAR                          LARRY GENE JOHNSON,
3434 Truxtun Avenue, Suite 150               SHANNON HAIUNGS
Bakersfield, CA  93301
Telephone:  (661) 323-8277
Facsimile:  (661) 323-4205
Email:  rpllaw@aol.com


Larry F. Peake, Esq.                                 Defendants, GREGORY MORGAN,
WALL, WALL & PEAKE                          JAMIE TELLEZ, CLINTON
1601 "F" Street                                        MINOR
Bakersfield, CA  93303
Telephone:  (661) 327-8461, ext 116
Facsimile:  (661) 327-8568
Email:  lpeake@ncinternet.net


John A. Jurich, Esq.                                 Defendants, JEFF COLBERT
LAW OFFICES OF PATTERSON, LOCKWOOD, HARRIS   MARCUS HUDGINS
 & JURICH, LLP
5000 California Avenue, Suite 205
Bakersfield, CA  93309
Telephone:  (661) 327-4387
Facsimile:  (661) 327-9041
Email:  Bakersfield@pattersonlockwood.com

Louis D. Silver, Esq.                                    Defendant, DANIEL THOMAS
Larry Allan Katz, Esq.                                   LINDINI
Silver & katz
226 Airport Parkway, Suite 650
San Jose, CA  95110
Telephone:  (408) 260-8746
Facsimile:  (408) 260-9670


William A. Bruce, Esq.                                   Defendant, ROXANNE FOWLER,
KLEIN, DeNATALE, GOLDNER, COOPER,                        ANGEL LOPEZ BRAVO
        ROSENBLIEB & KIMBALL
4550 California Avenue, 2$^{nd}$ Floor
Bakersfield, CA  93309
Telephone:  (661) 328-5280
Facsimile:  (661) 326-0418
Email:  bbruce@kleinlaw.com
        glogan@kleinlaw.com
        tegland@kleinlaw.com


Justus Spillner, Esq.                                    Defendant, RALPH CONTRERAS
McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH
5 River Park Place East
Fresno, CA  93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300
Email:  jspillner@mccormickbarstow.com


James D. Weakley, Esq.                                   Defendant, RANDALL HOLTZ
WEAKLEY, RATLIFF, ARENDT & McGUIRE
1630 East Shaw Avenue, Suite 176
Fresno, CA  93710
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Email:  jim@wrlaw.com


Thomas Jay Jamieson, Esq.                                Attorney for Defendant,
Law Office of Jay Jamieson                               LISA DIANE ROMERO
1107 Beckenham Parkway
Bakersfield, CA 93311
Telephone:  (661) 303-7511
Facsimile: (661) 665-2942
Email: jjamieson@bak.rr.com