DAVID K. COHN, ESQ. (SBN 68768)
CHAIN | COHN | STILES
1430 TRUXTUN AVENUE
BAKERSFIELD, CA 93301
PHONE: (661) 323-4000  FAX:  (661) 324-1352

Attorneys for Plaintiff, JAMES W. MOORE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad Litem, ALICIA MOORE, individually and as Successor in Interest of JAMES W. MOORE, Deceased,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF KERN; KERN COUNTY SHERIFF'S DEPARTMENT; SHERIFF MACK WIMBISH; DANIEL THOMAS LINDINI; RALPH CONTRERAS; ROXANNE FOWLER; ANGEL LOPEZ BRAVO; LISA DIANE ROMERO; RANDALL HOLTZ; JULIAN TREVINO; LARRY GENE JOHNSON; GREGORY MORGAN; SHANNON HAIUNGS; JAIME TELLEZ; MARK JIMENEZ; MOSES ADAME; CLINTON MINOR; GREGORY COSSEL; JEFF COLBERT; MARCUS HUDGINS; and DOES 1 to 100, inclusive,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION. | Case No:  1:05-cv-01115 AWI-SMS (Consolidated with Case No. CIV F-06-00120 AWI LJO)<br><br>[PROPOSED]<br><br>**AMENDED** ORDER GRANTING PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JWM, A MINOR<br><br>DATE: 9/25/09<br>TIME: 9:30 a.m.<br>COURTROOM: 7<br><br><br><br>Settlement Conf:  None Presently<br>Pre-Trial Conf:   August 11, 2009<br>Trial Date:       October 6, 2009 |

///

///

i

The Petition of ALICIA MOORE WHITAKER, as Guardian ad Litem for plaintiff, JWM, a minor, for an Order approving Compromise of the Claim of Plaintiff, JWM, came on regularly for hearing on September 25, 2009, at 9:30 a.m., in courtroom 7, of the above-entitled Court, before the Honorable, Magistrate Judge Sandra M. Snyder.

David K. Cohn, Esq. appeared on behalf of plaintiff, JWM, who was present with petitioner, ALICIA MOORE WHITAKER, his guardian ad litem. There was no appearance by anyone on behalf of defendants.

No opposition having been submitted by defendants, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. Defendants, COUNTY OF KERN, and it's insurer, shall pay the sum of $3,025,000 (hereinafter "settlement money") on behalf of all defendants COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, former SHERIFF MACK WIMBISH, KERN COUNTY DETENTION OFFICERS, GREG COSSEL, MOSES ADAME, MARK JIMENEZ, CLINTON MINOR, GREGORY MORGAN, SHANNON HAUINGS, LARRY JOHNSON, JULIAN TREVINO, LISA ROMERO, ANGEL BRAVO, ROXANNE FOWLER, RALPH CONTRERAS, and DANIEL LINDINI, SENIOR DETENTION OFFICER, JAIME TELLEZ, DETENTION SERGEANT, RANDAL HOLTZ and KERN COUNTY SHERIFF DEPUTIES, JEFF COLBERT and MARCUS HUDGINS, in consideration of a full and final release and discharge of and from all claims, charges, and demands of plaintiff, JWM, arising from this action. Petitioner is hereby authorized and directed to execute and deliver to defendants a full, complete, and final release and discharge of and from any and all claims and demands of herself and plaintiff, JWM, by reason of the incident described herein and resulting injuries, upon receipt of the settlement money.

2. From the above stated settlement money, the defendants shall pay $2,000,000.00 for the purchase of a tax-free structured settlement annuity policy on behalf of plaintiff, JWM, with a guaranteed benefit of $3,505,547.75 and an expected benefit of $9,317,496.40, from New York Life Insurance Company and Pacific Life and Annuity Company through Bryan Milner of Millennium Settlements. The defendants shall execute a Settlement Agreement and Release and

execute a "Qualified Assignment" of their obligation to make periodic payments pursuant thereto in compliance with I.R.C. Section 104(a)(2) and Section 130(c) of the Internal Revenue Code of 1986, as amended. Said assignment shall be made to New York Life Insurance Company and Pacific Life and Annuity Company ("Assignees"). Upon doing so, the defendants shall no longer be obligated to make further periodic payments and the Assignees will be the plaintiff's sole obligors with respect to the future periodic payments. Assignees shall purchase a structured settlement annuity for $2,000,000, through New York Life Insurance Company, an "A++, XV" rated life carrier by A.M. Best Insurance Ratings Service and Pacific Life and Annuity Company, an "A+, XV" rated life carrier by A.M. Best Insurance Ratings Service. Said annuities shall provide guaranteed periodic payments (subject to annuity rates in effect at the time of purchase) made according to the schedule found in the Chosen Settlement Proposal attached hereto as Exhibit "A".

No part of the said $2,000,000.00 may be paid to the petitioner, Alicia Moore Whitaker, and this court having determined that a tax-free structured settlement is in the best interest of the minor. JWM, by and through his guardian ad litem, Alicia Moore Whitaker, is authorized to settle this claim on behalf of JWM and receive and negotiate funds on behalf of the minor. No bond shall be required of JWM, by and through his guardian ad litem, Alicia Moore Whitaker. Receipt of purchase of annuity is to be filed with the Court within sixty (60) days.

3.   From the settlement money, the sum of $911,543.34 shall immediately be paid to CHAIN | COHN | STILES for the payment of attorney fees, costs, and reasonable expenses incurred in connection with the prosecution of this action.

4.   From the settlement money, the sum of $550.00 shall immediately be paid to David Atkins, MS, MFT, 2012 E Street, Bakersfield, California, for medical treatment and services rendered to minor, JWM.

5.   The remaining balance of the settlement money in the amount of $112,906.66 shall be deposited in an insured account in the name of Alicia Moore Whitaker, mother, and James W. Moore, Jr., minor son, at Wells Fargo Bank, Downtown Branch, located at 1300 22nd Street, Bakersfield, California, subject to withdrawal by Alicia Moore Whitaker for the use and

benefit of James W. Moore Jr. until his 18th birthday which shall occur on October 15, 2010, at which time any remaining balance in the account shall become the property of James W. Moore Jr.

DATED:

                                           HON. MAGISTRATE JUDGE
                                           SANDRA M. SNYDER

EXHIBIT A



## MILLENNIUM
### SETTLEMENT CONSULTING

### CHOSEN SETTLEMENT PROPOSAL

**JAMES W. MOORE**
Date of Birth: October 15, 1992
Purchase Date: July 28, 2009

| | Cost | Guaranteed Benefits | Projected Benefits |
|---|---|---|---|
| **Guaranteed Semi-Annual Benefits** | | | |
| $15,000.00 semiannually, guaranteed 5 years, beginning at age 18 (on October 15, 2010). The last payment will be made on April 15, 2015. | $140,040.00 | $150,000.00 | $150,000.00 |
| **Guaranteed Monthly Benefits** | | | |
| $2,000.00 per month, guaranteed 5 years, beginning at age 18 (on October 15, 2010). The last payment will be made on September 15, 2015. | $111,352.00 | $120,000.00 | $120,000.00 |
| **Guaranteed Lump Sum Benefits** | | | |
| $25,000.00 guaranteed lump sum payable at age 21 (on October 15, 2013). | $22,817.00 | $25,000.00 | $25,000.00 |
| $50,000.00 guaranteed lump sum payable at age 30 (on October 15, 2022). | $30,058.00 | $50,000.00 | $50,000.00 |
| $75,000.00 guaranteed lump sum payable at age 40 (on October 15, 2032). | $28,830.00 | $75,000.00 | $75,000.00 |
| $100,000.00 guaranteed lump sum payable at age 50 (on October 15, 2042). | $24,442.00 | $100,000.00 | $100,000.00 |
| $360,480.72 guaranteed lump sum payable at age 60 (on October 15, 2052). | $58,136.00 | $360,480.72 | $360,480.72 |
| IRR: 4.80% | | | |
| **Total for Pacific Life and Annuity Company** | $1,000,000.00 | $1,823,820.43 | $3,912,392.61 |
| **TOTAL** | $2,000,000.00 | $3,505,547.75 | $9,317,496.40 |

**This quote has been locked-in.**
This quote is not valid if the date of birth or gender is incorrect.
*Life Expectancy information obtained from Lawyers & Judges Publishing Co. 2009.
Prepared on July 10, 2009.

Prepared By: Bryan Milner, Millennium Settlements
3500 Financial Plaza, Tallahassee, FL 32312
(800) 573-8853; Fax (850) 894-1110



## CHOSEN SETTLEMENT PROPOSAL

**JAMES W. MOORE**
Date of Birth:  October 15, 1992
Purchase Date:  July 28, 2009

Chosen Proposal

|  | Cost | Guaranteed Benefits | Projected Benefits |
|---|---|---|---|
| **New York Life Insurance Company**<br>Rated A++, XV by A.M. Best | | | |

### Guaranteed Lifetime Monthly Benefit with Increase

$3,843.85 per month for the life of James Moore, Jr., guaranteed 25 years, beginning at age 25 (on October 15, 2017), increasing at 3 % compounding annually. The last guaranteed payment will be made on September 15, 2042. Payments cease at the later of (1) the death of James Moore, Jr., or (2) the completion of 25 years.

IRR: 5.12%

| | | | |
|---|---|---|---|
| **Total for New York Life Insurance Company** | $1,000,000.00 | $1,681,727.32 | $5,405,103.79 |
| **Pacific Life and Annuity Company**<br>Rated A+, XV by A.M. Best | | | |

### Guaranteed Lifetime Monthly Benefit with Increase

$2,156.15 per month for the life of James Moore, Jr., guaranteed 25 years, beginning at age 25 (on October 15, 2017), increasing at 3 % compounding annually. The last guaranteed payment will be made on September 15, 2042. Payments cease at the later of (1) the death of James Moore, Jr., or (2) the completion of 25 years.

| | | | |
|---|---|---|---|
| | $584,325.00 | $943,339.71 | $3,031,911.89 |

**This quote has been locked-in.**
This quote is not valid if the date of birth or gender is incorrect.
*Life Expectancy information obtained from Lawyers & Judges Publishing Co. 2009.
*Prepared on July 10, 2009.*

Prepared By: Bryan Milner, Millennium Settlements
3500 Financial Plaza, Tallahassee, FL 32312
(800) 573-8853; Fax (850) 894-1110

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 1430 Truxtun Avenue, Bakersfield, California 93301. On August __ 2009, I served the document named below on the parties in this action as follows:

DOCUMENT SERVED: **AMENDED ORDER GRANTING PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF PLAINTIFF, JWM, A MINOR;**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

✓ U.S. MAIL: I placed such envelope(s) on the above date, with postage fully prepaid, for deposit in the U.S. Postal Service at my place of business at Bakersfield, California, following the ordinary business practices of my place of business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mail with the U.S. Postal Service. Under that practice, such correspondence is deposited with the U.S. Postal Service the same day it is collected and processed in the ordinary course of business.

☐ E-MAIL: I served said document via e-mail transmission to the addresses listed in the attached service list.

☐ EXPRESS MAIL: I deposited the above document in a sealed envelope(s), with postage prepaid, [____ marked Express Mail] with the United State Postal Service. (*Code of Civ. Proc.* §1013, et seq.)

☐ PERSONAL SERVICE: I caused the above-described document to be delivered by hand to the address(es) listed above. (*Code of Civ. Proc.* §1011)

☐ FACSIMILE: I served the foregoing document on the interested parties listed in the service list by facsimile transmission from (661) 324-1352. The facsimile transmission was reported as complete without error, and a copy of the transmission report as properly issued by the transmitting facsimile machine is attached hereto. (*Code of Civ. Proc.* §1013, et seq.)

☐ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

✓ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on 8-25-09 at Bakersfield, California.

_____
HANA TARIN, CLA

*JAMES MOORE, JR. vs. COUNTY OF KERN, et al.*
U.S. District Court Case No.: 1:05-CV-01115 AWI-LJO
*BRYCE J. MOORE v. COUNTY OF KERN, et al.*
U.S. District Court Case No.: 1:06-CV-00120-OWW-SMS

| ATTORNEY | PARTY |
|---|---|
| Daniel A. Rodriguez, Esq.<br>RODRIGUEZ & ASSOCIATES<br>2020 Eye Street<br>Bakersfield, CA 93301<br>Telephone: (661) 323-1400<br>Facsimile: (661) 323-0132<br>Email: postmaster@rodriguezlaw.net | Plaintiff, BRYCE J. MOORE,<br>a minor |
| Mark L. Nations, Esq.<br>KERN COUNTY COUNSEL<br>1115 Truxtun Avenue, Fourth Floor<br>Bakersfield, CA 93301<br>Telephone: (661) 868-3818<br>Facsimile: (868-3805<br>Email: mnations@co.kern.ca.us | Defendant, COUNTY OF KERN,<br>KERN COUNTY SHERIFF'S<br>DEPARTMENT, MACK WIMBISH<br>MOSES ADAME, GREGORY<br>COSSEL, MARK JIMENEZ |
| Oliver U. Robinson, Esq.<br>ROBINSON & KELLAR<br>3434 Truxtun Avenue, Suite 150<br>Bakersfield, CA 93301<br>Telephone: (661) 323-8277<br>Facsimile: (661) 323-4205<br>Email: rpllaw@aol.com | Defendants, JULIAN TREVINO,<br>LARRY GENE JOHNSON,<br>SHANNON HAIUNGS |
| Larry F. Peake, Esq.<br>WALL, WALL & PEAKE<br>1601 "F" Street<br>Bakersfield, CA 93303<br>Telephone: (661) 327-8461, ext 116<br>Facsimile: (661) 327-8568<br>Email: lpeake@ncinternet.net | Defendants, GREGORY MORGAN,<br>JAMIE TELLEZ, CLINTON<br>MINOR |
| John A. Jurich, Esq.<br>LAW OFFICES OF PATTERSON, LOCKWOOD, HARRIS<br>& JURICH, LLP<br>5000 California Avenue, Suite 205<br>Bakersfield, CA 93309<br>Telephone: (661) 327-4387<br>Facsimile: (661) 327-9041<br>Email: Bakersfield@pattersonlockwood.com | Defendants, JEFF COLBERT<br>MARCUS HUDGINS |

| | |
|---|---|
| Louis D. Silver, Esq.<br>Larry Allan Katz, Esq.<br>Silver & katz<br>226 Airport Parkway, Suite 650<br>San Jose, CA 95110<br>Telephone: (408) 260-8746<br>Facsimile: (408) 260-9670 | Defendant, DANIEL THOMAS LINDINI |
| William A. Bruce, Esq.<br>KLEIN, DeNATALE, GOLDNER, COOPER,<br>ROSENBLIEB & KIMBALL<br>4550 California Avenue, 2nd Floor<br>Bakersfield, CA 93309<br>Telephone: (661) 328-5280<br>Facsimile: (661) 326-0418<br>Email: bbruce@kleinlaw.com<br>glogan@kleinlaw.com<br>tegland@kleinlaw.com | Defendant, ROXANNE FOWLER, ANGEL LOPEZ BRAVO |
| Justus Spillner, Esq.<br>McCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH<br>5 River Park Place East<br>Fresno, CA 93720<br>Telephone: (559) 433-1300<br>Facsimile: (559) 433-2300<br>Email: jspillner@mccormickbarstow.com | Defendant, RALPH CONTRERAS |
| James D. Weakley, Esq.<br>WEAKLEY, RATLIFF, ARENDT & McGUIRE<br>1630 East Shaw Avenue, Suite 176<br>Fresno, CA 93710<br>Telephone: (559) 221-5256<br>Facsimile: (559) 221-5262<br>Email: jim@wrlaw.com | Defendant, RANDALL HOLTZ |
| Thomas Jay Jamieson, Esq.<br>Law Office of Jay Jamieson<br>1107 Beckenham Parkway<br>Bakersfield, CA 93311<br>Telephone: (661) 303-7511<br>Facsimile: (661) 665-2942<br>Email: jjamieson@bak.rr.com | Attorney for Defendant,<br>LISA DIANE ROMERO |