IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad litem, ALICIA MOORE, individually and as successor in interest of James W. Moore, deceased, et. al,<br><br>      Plaintiffs,<br>  v.<br><br>COUNTY OF KERN, et. al,<br><br>      Defendants.<br><br>AND RELATED CROSS-CLAIMS | 1:05-CV-1115  AWI SMS<br><br>(Consolidated with:<br>CV F 06-0120 OWW SMS)<br><br>ORDER RESETTING DEADLINE FOR OBJECTIONS TO FINDINGS AND RECOMMENDATION TO SEPTEMBER 9, 2009 |

  On August 25, 2009, the Magistrate Judge issued a Findings and Recommendation on Plaintiff Bryce Moore's petition for approval of compromise ("the Settlement"). See Court's Docket Doc. No. 218. The docket entry indicates that objections to the Findings and Recommendation are due on or by September 11, 2009. See id. Upon review of the docket and the Findings and Recommendation, the Court believes that it is appropriate to move forward the deadline for objections.

  Accordingly, IT IS HEREBY ORDERED that any objections to the Findings and Recommendation regarding Bryce Moore's Settlement are to be filed on or by September 9, 2009.[1]

IT IS SO ORDERED.

Dated: September 1, 2009     /s/ Anthony W. Ishii
                 CHIEF UNITED STATES DISTRICT JUDGE

---

[1] If Defendants do not intend to file objections, they are encouraged to file a notice of non-opposition prior to September 9, 2009.