1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                 EASTERN DISTRICT OF CALIFORNIA

8

9   JAMES W. MOORE, JR., a minor, by          )    1:05-CV-1115  AWI SMS
    and through his Guardian ad litem,        )
10  ALICIA MOORE, individually and as         )    (Consolidated with:
    successor in interest of James W. Moore,  )    1:06-CV-120 OWW SMS)
11  deceased, et. al,                         )
                                              )
12                      Plaintiffs,           )    ORDER ALTERING
              v.                              )    BRIEFING SCHEDULE and
13                                            )    VACATING THE JANUARY 4,
    COUNTY OF KERN, et. al,                   )    2010 HEARING DATE
14                                            )
                        Defendants.           )
15                                            )
    _____ )
16                                            )
    AND RELATED CROSS-CLAIMS                  )
17  _____ )

18

19

20          On October 30, 2009, the Magistrate Judge issued findings and recommendations

21  ("F&R's") in which she recommended that a settlement between minor Plaintiff James W.

    Moore, Jr. and Defendants be approved.  See Court's Docket Doc. No. 227.  No party objected to

22  the F&R's in the time prescribed by the F&R.  In light of the absence of any response by any

23  party, the Court adopted the F&R's on November 18, 2009.  See id. at Doc. No. 228.  On

24  November 20, 2009, counsel for James W. Moore, Jr. filed a motion for relief from the order

25  adopting the F&R's.  See id. at Doc. No. 229.  The motion states that there is a $10,000.00

26  mathematical error.  See id.  Specifically, Plaintiff's counsel states that $72,906.66, instead of

27  $82,906.66, should be placed in an insured blocked account.  See id.; cf. Doc. No. 227 at p. 5:4-

28  5.  Plaintiff prays that the Court make this single change to the order adopting the F&R's.

Hearing on Plaintiff's motion for relief is set for January 4, 2010.  In light of the nature of the motion and the relief requested, the Court believes that an shortened briefing schedule and a vacation of the January 4, 2010 hearing date is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1.     All Defendants must file either an opposition or notice of non-opposition to Plaintiff's motion on or by December 9, 2009;

2.     Plaintiff may file a reply to any opposition on or by December 14, 2009; and

3.     The January 4, 2010, hearing date is VACATED.[1]

IT IS SO ORDERED.

**Dated:     November 30, 2009**                    **/s/ Anthony W. Ishii**
                                                 CHIEF UNITED STATES DISTRICT JUDGE

---

[1]If the Court determines that a hearing is appropriate after receiving additional the filings, the Court will set a new hearing date.  Additionally, if any party believes that oral argument is appropriate, then they may request a hearing on the matter on or by December 14, 2010.

2