3          **IN THE UNITED STATES DISTRICT COURT FOR THE**

4                    **EASTERN DISTRICT OF CALIFORNIA**

5

| | |
|---|---|
| 6  **JAMES W. MOORE, JR., a minor, by** ) | **1:05-CV-1115 AWI SMS** |
| **and through his Guardian ad litem,** ) | |
| 7  **ALICIA MOORE, individually and as** ) | **(Consolidated with:** |
| **successor in interest of James W. Moore,** ) | **CV F 06-0120 OWW SMS)** |
| 8  **deceased, et. al,** ) | |
| ) | |
| 9                    **Plaintiffs,** ) | **ORDER FOR STATUS** |
| **v.** ) | **REPORT AND NOTICE OF** |
| 10 ) | **RECEIPT** |
| **COUNTY OF KERN, et. al,** ) | |
| 11 ) | |
| **Defendants.** ) | |
| 12 ) | |
| _____ ) | |
| 13 ) | |
| **AND RELATED CONSOLIDATED** ) | |
| 14 **CASE AND CROSS-CLAIMS** ) | |
| _____ ) | |

15

16

17          On September 10, 2009, the Court adopted Findings and Recommendations and approved

18    the settlement between minor-Plaintiff Bryce Moore and Defendants. See Court's Docket Doc.

19    No. 222. On November 18, 2009, the Court adopted Findings and Recommendations and

20    approved the settlement between minor-Plaintiff James W. Moore, Jr. and Defendants. See id. at

21    228. On December 11, 2009, the Court revised one paragraph of the order adopting the findings

22    and recommendations regarding James W. Moore, Jr. See Court's Docket Doc. No. 237.

23    Specifically, the Court changed the dollar amount of Item 8 to $72,906.66. See id.

24          Both the September 10 and November 18 orders contained the following directive:

25    "Receipt of purchase of annuity is to be filed with the Court within sixty (60) days." Doc. No.

26    222 at 4:13-14; Doc. No. 228 at 4:6-7. More than sixty days have passed, yet Plaintiffs have

27    filed no receipt of the annuity despite the Court's order. Given the passage of time, the Plaintiffs

28    will be ordered to explain their lapse and the status of this case. If Plaintiffs have received the

1  annuity, they are to explain why they did not provide the ordered notice and why this case should

2  not be closed.[1]  If they have not received the annuity, Plaintiffs are to explain why and discuss the

3  status of this case.

4       The Court has too crowded a docket and cannot leave cases open that have in fact ended.

5  The parties are hereby forewarned that the continued failure to obey Court orders will result in

6  the imposition of sanctions.

7

8       Accordingly, IT IS HEREBY ORDERED that:

9  1.   Plaintiffs are to file a notice with the Court as soon as possible, but no later than 1:00

10      p.m. on March 3, 2010, regarding whether they have received the annuities provided by

11      the settlements and Court orders;

12 2.   If Plaintiffs have not received their annuities, they are to explain the status of this case

13      and their suggestions with how to proceed;

14 3.   If Plaintiffs have received their annuities, they are to explain whether this case should

15      remain open and why the Court's orders have been disregarded.

16

17 IT IS SO ORDERED.

18 **Dated:    February 24, 2010**              **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

[1] Additionally, Plaintiffs were directed to deliver an executed release to Defendants upon receipt of settlement monies.  See Doc. No. 222 at 3:5-10; Doc. No. 228 at 1:24-2:1.

2