DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ. SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES,**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA 93301
PHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff, BRYCE J. MOORE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, Jr., by and through his guardian ad litem, ALICIA MOORE, individually and as a Successor in Interest of JAMES W. MOORE, Decedent,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DANIEL THOMAS LINDINI, RALPH CONTRERAS, ROXANNE FOWLER, ANGEL LOPEZ BRAVO, LISA DIANE ROMERO, RANDALL HOLTZ, JULIAN TREVINO, LARRY GENE JOHNSON, GREGORY MORGAN, SHANNON HAIUNGS, JAIME TELLEZ, MARK JIMENEZ, MOSES ADAME, CLINTON MINOR, GREGORY COSSEL, JEFF COLBERT, MARCUS HUDGINS and DOES 1 to 100, inclusive,<br><br>                    Defendants. | Case No.:   CIV F 05 01115 AWI SMS<br><br>**PLAINTIFF BJM'S STATUS REPORT IN COMPLIANCE WITH COURT ORDER DATED FEBRUARY 24, 2010**<br><br>**[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(b)(2)]** |

BRYCE J. MOORE, by and through his
guardian ad litem, MICHELLE TRIPP,
individually and as a Successor in Interest
of JAMES W. MOORE, Deceased,

             Plaintiffs,

vs.

COUNTY OF KERN, KERN COUNTY
SHERIFF'S DEPARTMENT, SHERIFF
MACK WIMBISH, DANIEL THOMAS
LINDINI, RALPH CONTRERAS,
ROXANNE FOWLER, ANGEL LOPEZ
BRAVO, LISA DIANE ROMERO,
RANDALL HOLTZ, JULIAN TREVINO,
LARRY GENE JOHNSON, GREGORY
MORGAN, SHANNON HAIUNGS,
JAIME TELLEZ, MARK JIMENEZ,
MOSES ADAME, CLINTON MINOR,
GREGORY COSSEL, and DOES 1 to 100,
inclusive,

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: CIV F-06-00120 AWI SMS**

      Plaintiff, BJM, a minor, by and through his guardian ad litem, MICHELLE TRIPP,

hereby submits the following Status Report pursuant to this Court's Order, dated February

24, 2010 regarding the receipt of annuities.

      This case has completely resolved as to plaintiff BJM.  Pursuant to the terms of the

settlement,   the sum of $1,600,000.00 was to be paid for the purchase of an annuity on

behalf of plaintiff, BJM, with a guaranteed benefit of $3,473,156.00 and an expected benefit of $11,142,413.00. The defendants were to arrange for the purchase of a tax-free structured settlement annuity policy for BJM from New York Life Insurance Company through Richard L. Bishop, CSSC, RSP of Settlement Professionals, Inc. This has now occurred and the Receipt of Purchase of the Annuity is being filed with the court concurrently with this status report. The receipt was only received by counsel for plaintiff on February 26, 2010, and therefore could not be filed sooner. Plaintiff BJM knows of no reason that the Court's file cannot now be closed. Plaintiff's guardian ad litem has executed the Settlement and Release Agreement and discharge of all claims against defendants. Plaintiff is in the process of preparing and circulating a stipulation for dismissal and will promptly file the same upon receipt of the fully executed stipulation. Alternatively, plaintiff, BJM, requests the Court dismiss all of his claims herein with prejudice.

DATED: March 1, 2010                                RODRIGUEZ & ASSOCIATES


By: _____
    DANIEL RODRIGUEZ
    Attorneys for plaintiff, BJM,
    a minor, by and through his guardian ad
    litem, MICHELLE TRIPP

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 2020 Eye Street, Bakersfield, California 93301.

On March 1, 2010, I served the foregoing document described as follows: **PLAINTIFF BJM'S STATUS REPORT RE SETTLEMENT**

  X   by placing the true copies thereof
_____ by placing the original

addressed as follows: **SEE SERVICE LIST**

  X   **BY MAIL:**   I caused such envelope to be deposited in the mail at Bakersfield, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing of correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

_____ **BY OVERNIGHT DELIVERY** -  I caused such envelope it to be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person.

_____ **BY FACSIMILE** - I caused such document to be transmitted to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person.

_____ **BY PERSONAL SERVICE** - I delivered such envelope by hand to the office of the addressee during normal business hours.

Executed on March 1, 2010 at Bakersfield, California.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  X   (Federal) I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
MARTHA RUIZ

---

PLAINTIFF BJM'S STATUS REPORT RE: SETTLEMENT - 4

## PROOF OF SERVICE LIST

David K. Cohn, Esq.
CHAIN COHN STILES
1430 Truxtun Avenue
Bakersfield, CA 93301

Attorneys for Plaintiffs, JAMES W. MOORE, Jr., by and through hi guardian ad litem ALICIA MOORE, individually and as a successor in Interest of James W. Moore, Decedent

Mark L. Nations, Chief Deputy
COUNTY OF KERN
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301

Attorneys for Defendants, COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, MARK JIMENEZ MOSES ADAME and GREGORY COSSEL

Larry F. Peake, Esq.
WALL, WALL & PEAKE
1601 F Street
Bakersfield, CA 93303

Attorneys for Defendants, JAIME TELLEZ, CLINTON MINOR and GREGORY MORGAN

Oliver U. Robinson, Esq.
ROBINSON & KELLAR
3434 Truxtun Avenue, Suite 150
Bakersfield, CA 93301

Attorneys for Defendants, JULIAN TREVINO, LARRY GENE JOHNSON, and SHANNON HAIUNGS

William A. Bruce, Esq.
KLEIN, DENATALE, GOLDNER, et al.
4550 California Avenue, 2nd Floor
Bakersfield, CA 93309

Attorneys for Defendants, ROXANNE FOWLER and ANGEL LOPEZ BRAVO

Louis D. Silver, Esq.
Larry Alan Katz, Esq.
CALIFORNIA ORGANIZATION OF POLICE & SHERIFFS
226 Airport Parkway, Ste. 650
San Jose, CA 95110

Attorneys for Defendant, DANIEL LINDINI

Daniel L. Wainwright, Esq.
McCORMICK, BARSTOW, SHEPPARD, et al.
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720

Attorneys for Defendant, RALPH CONTRERAS

James D. Weakely, Esq.
WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, CA  93710

Attorneys for Defendant, RANDALL HOLTZ

John A. Jurich, Esq.
PATTERSON, LOCKWOOD, HARRIS, ET AL.
5000 California Avenue, Suite 202
Bakersfield, CA 93309

Attorneys for Defendants, JEFFREY
COLBERT and MARCUS HUDGINS

Jay Jamieson, Esq.
LAW OFFICE OF JAY JAMIESON
1107 Beckenham Pkwy
Bakersfield, CA 93311

Attorney for Defendant, LISA
DIANE ROMERO