IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MOORE, JR., a minor, by and through his Guardian ad litem, ALICIA MOORE, individually and as successor in interest of James W. Moore, deceased, et. al,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF KERN, et. al,<br><br>　　　　　　　Defendants.<br><br>AND RELATED CONSOLIDATED CASE AND CROSS-CLAIMS | 1:05-CV-1115 AWI SMS<br><br>(Consolidated with:<br>CV F 06-0120 OWW SMS)<br><br>ORDER DISMISSING ALL CLAIMS OF JAMES W. MOORE, JR. AND CLOSING CASE<br><br>(Doc. No. 245) |

　　A settlement has been reached in this consolidated matter.  In March 2010, the Court dismissed all claims by minor Plaintiff Bryce Moore.  Minor Plaintiff James W. Moore, Jr. informed the Court of difficulties in obtaining the agreed upon annuity.  On June 15, 2010, the Court received notice from James W. Moore, Jr. that the annuity had been purchased.  Moore, Jr. states that there is no reason to keep this case open and requests the dismissal of all his claims with prejudice.  See Court's Docket Doc. No. 245.  In light of the settlement and the June 15 notice, the Court will dismiss all claims by minor-Plaintiff James W. Moore, Jr. with prejudice.  See Fed. R. Civ. Pro. 41(a)(2).

　　Accordingly, IT IS HEREBY ORDERED that all claims by minor-Plaintiff James W. Moore, Jr. are DISMISSED with prejudice and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:　　June 16, 2010　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE